# UNITED STATES DISTRICT COURT

Northern **District of** Texas

UNITED STATES OF AMERICA

V.

John Anthony Castro

**WARRANT FOR ARREST**

Case Number: 4:24-cr-00001-Y

To: The United States Marshal
and any Authorized United States Officer

JAN 9 2024 PM 3:23
FILED-USDC-NDTX-FW

YOU ARE HEREBY COMMANDED to arrest    John Anthony Castro
                                           Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

✓ Indictment    ☐ Information    ☐ Complaint    ☐ Order of court    ☐ Probation Violation Petiton    ☐ Supervised Release Violation Petition    ☐ Violation Notice

charging him or her (brief description of offense)

Aiding and Assisting in the Preparation and Presentation of a False and Fraudulent Return

in violation of Title  26  United States Code, Section(s)  7206(2)

Karen Mitchell, U.S. District Court Clerk
Name and Title of Issuing Officer

*Karen Mitchell* (signature)
Signature of Issuing Officer

United States Magistrate Judge Renee H. Toliver    1/3/2024    Fort Worth, Texas
                                                   Date       Location

By: s/ M. Wills
    Deputy Clerk

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

Mansfield, TX

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 1/3/24 | Special Agent Tuan Ma | (signed) |
| DATE OF ARREST 1/9/24 | | |