```
              IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF TEXAS
                       FORT WORTH DIVISION
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | ACTION NO. 4:24-CR-001-Y |
| | § | |
| JOHN ANTHONY CASTRO (1) | § | |

<u>ORDER GRANTING FIRST MOTION FOR CONTINUANCE</u>

Pending before the Court is Defendants' Unopposed Motion for Continuance of Trial (doc. 19). The title and certificate of conference to the motion indicates that it is unopposed. After review of the motion, the Court concludes, under 18 U.S.C. § 3161(h)(7)(B)(iv), that a failure to grant the requested continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. As a result, the Court further concludes, under 18 U.S.C. § 3161(h)(7)(A), that the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

Therefore, Defendants' First Motion for Continuance is GRANTED. The trial of this cause is CONTINUED until 1:30 p.m. on Monday, May 20, 2024. The pretrial conference is CONTINUED until 3:00 p.m. on Thursday, May 16. The scheduling order previously issued in this cause is hereby MODIFIED as follows:

(1) the deadline for filing pretrial motions is EXTENDED until April 12;

(2) the deadline for filing witness and exhibit lists is EXTENDED until May 14; and

(3)  the deadline for exchanging exhibit notebooks is EXTENDED until May 16.

SIGNED February 22, 2024.

                                                           _____
                                                           TERRY R. MEANS
                                                           UNITED STATES DISTRICT JUDGE