# Indictment Counts – Detail Regarding False or Fraudulent Items

**Legend:**
- 🟪 = Schedule C miscellaneous deductions
- 🟦 = Unreimbursed employee expenses
- 🟩 = Employee benefit programs expenses
- 🟪(purple) = Depreciation expenses
- 🟧 = Schedule A other expenses
- 🟥 = Impairment related work expenses
- 🟦(cyan) = Total Tax Refunds

| # | Date | Taxpayer(s) | Tax Year | Item | Detail |
|---|---|---|---|---|---|
| 1 | 3/14/2018 | Angela Jackson | 2017 | $2,400 in Schedule A "unreimbursed employee expenses" | Work tools = phone usage for $1,440, and home internet for work for $960 |
| | | | | $28,600 in Schedule A "other expenses" | $26,000 for Audi Q5 expense election and $2,600 for workplace goodwill development |
| | | | | Claimed tax refund amount of $6,007 | N/A |
| 2 | 4/17/2018 | Paul and Alissa Clayton | 2017 | $6,999 in Schedule A "unreimbursed employee expenses" | $3,501 from Form 2106 (related to Alissa Clayton's vehicle expenses), $1,973 from Form 2106 (related to Paul Clayton's vehicle expenses), and $1,525 in depreciation for VW GTI. |
| | | | | $5,290 in Schedule A "other expenses" | $800 for workplace goodwill development and $4,490 for work-related family supervision |
| | | | | $5,370 in Schedule C "gross receipts" income | No additional detail provided |
| | | | | $20,000 in Schedule C "depreciation" expenses | VW GTI for $20,000 |
| | | | | $13,421 in Schedule C "employee benefit programs" expenses | $5,500 for child care, $7,247 for medical, $454 for medical, and $220 for medical |
| | | | | $6,771 in Schedule C "supplies" expenses | $5,809 for work tools and $962 for educator expenses |
| | | | | $862 in Schedule C "travel" expenses | No additional detail provided - appears to come from tolls |
| | | | | Claimed tax refund amount of $9,384 | N/A |
| 3 | 3/7/2018 | Frances Fifis-Boggs and James Boggs | 2017 | $8,315 in Schedule A "unreimbursed employee expenses" | $277 related to uniforms and protective clothing, $1,731 for work tools, and $6,307 from Form 2106 (related to vehicle expenses). |
| | | | | $14,153 in Schedule A "other expenses" | $148 related to continuing education, $55 for professional exams and fees, and $13,950 for depreciation |
| | | | | $9,015 in Schedule A "other miscellaneous deductions" | Impairment related work expenses - $8,166, $213, $231, and $405 with no descriptions |
| | | | | $7,598 in Schedule C "utilities" expenses | $937 for phone, $336 for Ringcentral Fax, $2,087 for cell phone, $684 for AT&T Wifi, $841 for Orange County, & $2,713 for Duke |
| | | | | $8,166 in Schedule C "employee benefit programs" expenses | Identified as "Health" |
| | | | | $6,524 in Schedule C "depreciation" deductions | Relates to a Toyota Tundra, valued at $10,874 |
| | | | | Claimed tax refund amount of $9,360 | N/A |
| 4 | 4/15/2019 | Frances Fifis-Boggs and James Boggs | 2018 | $30,711 in Schedule C "depreciation" expenses | $9,787 for Toyota Tundra and $20,924 for Kia Sorrento |
| | | | | $8,622 in Schedule C "employee benefit programs" expenses | $4,889 for Section 119 Interest, $203 for health, $813 for Section 119 health, and $2,717 for Section 119 energy |
| | | | | $7,885 in Schedule C "office" expenses | $51 for UPS, $121 for USPS, $156 for Adobe, $114 for Amazon, $1,134 for Business Phone, $336 for Ring Central Fax, $240 for Constant Contact, $267 for Fed Ex, $114 for ESET, $56 for Office Max, $300 for Chase Service Fee, $20 for Domain Name, $49 for Online Brochure Rack, $789 for Internet for Work, $2,434 for Phone Usage, and $1,705 for Work Computer. |
| | | | | $5,914 in Schedule C "taxes and licenses" expenses | Real Estate |
| | | | | Claimed tax refund amount of $11,463 | N/A |
| 5 | 3/31/2020 | Frances Fifis-Boggs and James Boggs | 2019 | $4,416 in Schedule C "car and truck" expenses | $520 for gasoline, $144 for oil change, $720 for parking fees, $763 for conference travel, $2,234 for auto insurance, $35 for annual registration |
| | | | | $8,098 in Schedule C "employee benefit programs" expenses | $1,689 for rent payment, $1,125 for HOA, $1,795 for home owner insurance, $928 for utilities, $3,371 for Duke Energy |
| | | | | $1,520 in Schedule C "interest" expenses | Mortgage Interest |
| | | | | $8,812 in Schedule C "office" expenses | $93 for UPS, $167 for USPS, $76 for FedEx, $156 for Adobe, $114 for Amazon, $336 for Ring Central Fax, $180 for Chase service fee, $20 for domain name, $49 for online brochure, $810 for internet for work, $4,299 for home office expenses, $540 for cell phone, $27 for GoDaddy, $769 for Bizphone, $127 for Office Max, $241 for Vista Print, $810 for wifi |
| | | | | $4,008 in Schedule C "taxes and licenses" expenses | $1,000 is listed for Real Estate |
| | | | | $4,089 in Schedule C #2 "car and truck" expenses | $3,120 for gas, $144 for oil, $35 for annual registration, $720 for parking, $70 for vehicle registration |
| | | | | $6,048 in Schedule C #2 "employee benefit programs" expenses | $3,456 for 12 DD #1 and $2,592 for 12 DD #2 |
| | | | | $9,801 in Schedule C #2 "office" expenses | $82 for Google Suite, $595 for website, $1,273 for training and education, $101 for UPS, $193 for Vistaprint, $950 for Prime Credit Solution, $173 for RE classes, $28 for Office Max, $30 for Amazon, $254 for Bagmasters, $144 for Uline, $113 for National Pen, $766 for iPad Air, $1,377 for iPad Pro, $114 for Quill, $168 for Staples, $366 for Biz Phone, $2,592 for cell phone, $12 for checks, $140 for Work boots, and $330 for tools. |
| | | | | Claimed tax refund amount of $10,448 | N/A |

# Indictment Counts – Detail Regarding False or Fraudulent Items

**Legend:**
- 🟪 = Schedule C miscellaneous deductions
- 🟦 = Unreimbursed employee expenses
- 🟩 = Employee benefit programs expenses
- 🟪 (purple) = Depreciation expenses
- 🟧 = Schedule A other expenses
- 🟥 = Impairment related work expenses
- 🟦 (cyan) = Total Tax Refunds

| Count | Approx. Filing Date | Taxpayer(s) | Tax Year | False & Fraudulent Material Item | Underlying Actual Claimed Expense(s) as stated by Castro |
|---|---|---|---|---|---|
| 6 | 3/24/2018 | Linda Rivera | 2017 | $7,445 in Schedule A "unreimbursed employee expenses" | $600 for uniforms and protective clothing, $3,460 for work tools, and $3,385 from a Form 2106. |
| | | | | $19,400 in Schedule A "other expenses" | $2,600 in workplace goodwill development and $16,800 for depreciation (Hyundai Elantra) |
| | | | | $4,168 in Schedule A "other miscellaneous deductions" | Impairment related work expenses |
| | | | | Claimed tax refund amount of $3,164 | N/A |
| 7 | 3/27/2019 | Linda Rivera | 2018 | $32,018 in F2106 unreimbursed "employee business expenses" | Not one of 4 categories. $2,822 for vehicle expenses: gas, oil, repairs (Hyundai Elantra) $29,196 for business expenses: ($1,560 for work-related meal expenses, $1,896 for phone usage, $540 for home internet, $25,200 for depreciation (Hyundai Elantra) |
| | | | | Claimed tax refund amount of $3,797 | N/A |
| 8 | 3/1/2020 | Linda Rivera | 2019 | $3,434 in Schedule A "other itemized deductions" | Impairment related work expenses: $1,626 for premiums, $434 for vision expenses, $1,000 for prescription expenses, $190 for dental expenses, $150 for medical expenses, $34 for medical miles |
| | | | | $25,677 in Schedule C "employee benefit programs" expenses | $1,908 for Phone Usage, $540 for Internet, $1,700 for Computer, $350 for Kitchen Mixer, $13,427 for Mortgage, $3,192 for Water & Electricity, $50 for tollway, $1,300 for vehicle cost-gas, $250 for vehicle cost-gas, $478 for vehicle cost-tires, $2,406 for vehicle cost-car insurance, $76 for vehicle cost – renewal |
| | | | | Claimed tax refund amount of $3,263 | N/A |
| 9 | 3/24/2018 | Christian & Ciara Karavangelos | 2017 | $6,765 in Schedule A "unreimbursed employee expenses" | $2,050 related to work tools and $4,715 from Form 2106 (related to vehicle expenses) |
| | | | | $2,252 in Schedule A "other expenses" | $1,452 for deductible investment interest and $800 for depreciation |
| | | | | $14,508 in Schedule A "other miscellaneous deductions" | Impairment related work expenses |
| | | | | $1,452 in Schedule C "employee benefit programs" expenses | Deductible Investment Interest - This is deducted twice - on Schedule C and Schedule A |
| | | | | Claimed tax refund amount of $6,171 | N/A |
| 10 | 3/26/2019 | Christian & Ciara Karavangelos | 2018 | $4,611 in F2106 unreimbursed "employee business expenses" | Not one of the 4 categories. Toyota Corolla: $911 for vehicle expenses - oil, gas, repairs; and $3,700 for business expenses (depreciation of Toyota Corolla) |
| | | | | $8,705 in F2106 #2 unreimbursed "employee business expenses" | Not one of the 4 categories. $1,513 for vehicle expenses - oil, gas, repairs; $6,542 for depreciation; $650 tolls |
| | | | | $7,163 in Schedule C "employee benefit programs" expenses | $5,116 for Mortgage, $500 for Electricity, and $1,547 for Medical |
| | | | | $2,140 in Schedule C "taxes and licenses" expenses | Real Estate Taxes |
| | | | | Claimed tax refund amount of $5,954 | N/A |
| 11 | 3/31/2020 | Christian & Ciara Karavangelos | 2019 | $17,400 in F2106 unreimbursed "employee business expenses" | Not one of the 4 categories. $16,440 ($15,600 in depreciation and $840 in gas, oil, repairs) for vehicle expenses and $960 for cell phone |
| | | | | $4,161 in Schedule C "advertising" expenses | $150 in Advertising, $1,935 in Charity Church, $300 in Charity Kyle Stoughton, $600 in Charity The Clark Family, $480 in Charity Matt Navigato, $456 in Char, Maria (Compassion Intl), and $240 in Charity, Z Radio |
| | | | | $28,081 in Schedule C "employee benefit programs" expenses | $1,224 in Sec 119 Mortgage, $2,193 in Section 119 Electric, $835 in Section 119 Water, $150 in Section 119 HOA, $1,295 in Section 119 Home Insurance, $15,424 in 12DD, $6,419 in 12 DD, $140 in Vision, $400 in Dental |
| | | | | $1,396 in Schedule C "insurance" expenses | Homeowners Insurance |
| | | | | $6,264 in Schedule C "interest" expenses | Mortgage Interest |
| | | | | $2,145 in Schedule C "other" expenses | $750 for other expenses and $1,395 for mortgage insurance premiums |
| | | | | Claimed tax refund amount of $10,753 | N/A |
| 12 | 3/30/2018 | Randolph & Robin Ragsdale | 2017 | $6,937 in Schedule A "unreimbursed employee expenses" | $3,092 for work tools, $454 for uniforms and protective clothing and $3,391 from Form 2106. |
| | | | | $8,265 in Schedule A "other expenses" | $1,404 in workplace goodwill development, $416 for work-related family supervision, and $729 for qualified deductible legal fees, and $5,716 for depreciation. |
| | | | | $4,373 in Schedule A "other miscellaneous deductions" | Impairment related work expenses |
| | | | | Claimed tax refund amount of $2,132 | N/A |

# Indictment Counts – Detail Regarding False or Fraudulent Items

- 🟪 = Schedule C miscellaneous deductions
- 🟦 = Unreimbursed employee expenses
- 🟩 = Employee benefit programs expenses
- 🟪 (purple) = Depreciation expenses
- 🟧 = Schedule A other expenses
- 🟥 = Impairment related work expenses
- 🟦 (cyan) = Total Tax Refunds

| Count | Approx. Filing Date | Taxpayer(s) | Tax Year | False & Fraudulent Material Item | Underlying Actual Claimed Expense(s) as stated by Castro |
|---|---|---|---|---|---|
| 13 | 5/10/2019 | Randolph & Robin Ragsdale | 2018 | $26,416 in F2106 unreimbursed "employee business expenses" | Not one of the 4 categories: $2,696 for vehicle expenses for Ford Escape - oil, gas, repairs; $6,500 for depreciation; $3,481 for childcare expenses, $51 for tolls, $6,967 for medical, $2,860 for work-related meal expenses, $179 for goodwill development, $880 for work computer, $2,246 for phone usage, $25 for research expenses, $440 for home internet for work, $91 for postage. |
| | | | | $9,594 in F2106 #2 unreimbursed "employee business expenses" | Not one of the 4 categories. $670 for vehicle expenses - oil, gas, repairs; $8,924 for depreciation for Ford Escape |
| | | | | Claimed tax refund amount of $4,128 | N/A |
| 14 | 5/1/2020 | Randolph & Robin Ragsdale | 2019 | $8,560 in F2106 unreimbursed "employee business expenses" | Not one of the 4 categories. $3,081 for vehicle expenses - oil gas, repairs, $4,293 for childcare expenses, $796 for phone usage, $390 for dry cleaning |
| | | | | $29,070 in F2106 #2 unreimbursed "employee business expenses" | Not one of the 4 categories. $1,280 for oil, gas repairs, $27,378 for depreciation; $796 for phone usage. |
| | | | | $30,586 in Schedule A "other itemized deductions" | $28,360 for 12 Box DD, $190 for Vision, $400 for Medications, $140 for Dental, $1,496 for Medical Check |
| | | | | Claimed tax refund amount of $9,254 | N/A |
| 15 | 2/13/2018 | Javier & Betsy Sola | 2017 | $4,484 in Schedule A "unreimbursed employee expenses" | $1,656 for work tools, and $2,828 from Form 2106 |
| | | | | $598 in Schedule A "other expenses" | $245 in Continuing Education, $222 for Professional Exams and License Fees, and $131 in Qualified Deductible Legal Fees |
| | | | | $4,040 in Schedule C "car and truck" expenses | Honda Civic: gas, oil, repairs, etc. |
| | | | | $1,632 in Schedule C "depreciation" expenses | Honda Civic depreciation with a cost basis of $17,000 |
| | | | | $2,348 in Schedule C "employee benefit programs" expenses | $1,700 in Section 165, $408 in Health Reimbursement, $240 for Health Reimbursement |
| | | | | Claimed tax refund amount of $7,766 | N/A |
| 16 | 2/26/2019 | Javier & Betsy Sola | 2018 | $7,224 in F2106 unreimbursed "employee business expenses" | Not one of the 4 categories. $1,560 for work related meals, $550 for work phone, $936 for phone usage, $720 for home internet for work. |
| | | | | $7,842 in Schedule C "interest" expenses | Mortgage. |
| | | | | $918 in Schedule C "other" expenses | Mortgage insurance premiums. |
| | | | | Claimed tax refund amount of $11,563 | N/A |
| 17 | 3/4/2020 | Javier & Betsy Sola | 2019 | $6,671 in F2106 unreimbursed "employee business expenses" | Not one of the 4 categories: $2,696 for vehicle expenses for Ford Escape - oil, gas, repairs; $6,500 for depreciation; $3,481 for childcare expenses, $51 for tolls, $6,967 for medical, $2,860 for work-related meal expenses, $179 for goodwill development |
| | | | | $5,608 in Schedule C "employee benefit programs" expenses | $420 for Prescriptions, $2,800 for Dependent Care, $240 for Insurance Premium Kids, $1,728 for Insurance Premiums H&W, and $420 for Prescriptions |
| | | | | $7,687 in Schedule C "interest" expenses | Mortgage |
| | | | | $1,000 in Schedule C "legal and professional services" expenses | $1,000 for Castro |
| | | | | $598 in Schedule C "repairs and maintenance" expenses | $200 for Oil changes, $398 for plumbing |
| | | | | $2,916 in Schedule C "taxes and licenses" expenses | Appears to represent full value of real estate taxes |
| | | | | $858 in Schedule C "utilities" expenses | $468 phone usage half, $390 internet usage half |
| | | | | $918 in Schedule C "other" expenses | Mortgage Insurance Premiums |
| | | | | Claimed tax refund amount of $11,367 | N/A |
| 18 | 3/19/2018 | Joseph & Kayla Zilinski | 2017 | $9,219 in Schedule A "unreimbursed employee expenses" | $550 related to uniforms and protective clothing, $2,820 for work tools, and $4,498 from Form 2106 and $1,351 from another Form 2106 (related to vehicle expenses) |
| | | | | $17,750 in Schedule A "other expenses" | $350 related to workplace goodwill development and $17,400 for depreciation |
| | | | | $1,518 in Schedule A "other miscellaneous deductions" | Impairment related work expenses |
| | | | | Claimed tax refund amount of $1,861 | N/A |

# Indictment Counts – Detail Regarding False or Fraudulent Items



| | = Schedule C miscellaneous deductions | | = Depreciation expenses |
| --- | --- | --- | --- |
| | = Unreimbursed employee expenses | | = Schedule A other expenses |
| | | | = Impairment related work expenses |
| | = Employee benefit programs expenses | | = Total Tax Refunds |

| Count | Approx. Filing Date | Taxpayer(s) | Tax Year | False & Fraudulent Material Item | Underlying Actual Claimed Expense(s) as stated by Castro |
| --- | --- | --- | --- | --- | --- |
| 19 | 3/26/2019 | Joseph & Kayla Zilinski | 2018 | $13,302 in F2106 unreimbursed "employee business expenses" | Not one of the 4 categories. $1,218 for oil, gas, repairs for Honda Civic; $1,416 for home internet, $1,668 for phone usage, and $9,000 for depreciation (Honda Civic) |
| | | | | $15,292 in F2106 #2 unreimbursed "employee business expenses" | Not one of the 4 categories. $2,692 for vehicle expenses for Nissan Rogue; $12,600 for depreciation |
| | | | | Claimed tax refund amount of $2,637 | N/A |
| 20 | 3/11/2020 | Joseph & Kayla Zilinski | 2019 | $15,538 in F2106 unreimbursed "employee business expenses" | Not one of the 4 categories. $1,746 for oil, gas, repairs for Honda Fit; $852 for phone usage, $1,140 for home internet for work, $1,800 for tolls, $10,000 for Honda Fit depreciation |
| | | | | $15,653 in F2106 #2 unreimbursed "employee business expenses" | Not one of the 4 categories. $1,001 for gas, oil, repairs, $1,200 for MacBook Air, $852 for phone usage, $12,600 for Nissan Rogue depreciation |
| | | | | Claimed tax refund amount of $3,087 | N/A |
| 21 | 3/24/2018 | John & Kelley Meyer | 2017 | $3,771 in Schedule A "unreimbursed employee expenses" | Two different Form 2106s: $3,205 (Nissan Murano) and $566 (Chevy Suburban) |
| | | | | $7,516 in Schedule A "other expenses" | $120 in workplace goodwill development, $1,156 for deductible investment interest, and $6,240 for depreciation (for the Murano and Suburban) |
| | | | | Claimed tax refund amount of $19,269 | N/A |
| 22 | 4/6/2018 | Crystal Wells | 2017 | $6,210 in Schedule A "unreimbursed employee expenses" | $500 related to uniforms and protective clothing, $2,360 for work tools, and $3,350 from Form 2106 (related to vehicle expenses) |
| | | | | $15,150 in Schedule A "other expenses" | $150 for Workplace Goodwill Development and $15,000 for Chevy Malibu Expensed Election |
| | | | | $4,820 in Schedule A "other miscellaneous deductions" | Impairment related work expenses |
| | | | | Claimed tax refund amount of $2,028 | N/A |
| 23 | 4/12/2019 | Crystal Wells | 2018 | $10,739 in F2106 unreimbursed "employee business expenses" | Not one of the 4 categories. $2,289 for vehicle expenses - oil, gas, repairs; $5,000 for depreciation, $350 for tolls, $200 for goodwill development, $1,680 for phone usage, $100 license expenses, $720 for home internet, $300 for work uniforms, and $100 for work shoes |
| | | | | Claimed tax refund amount of $519 | N/A |
| 24 | 4/22/2020 | Crystal Wells | 2019 | $9,382 in F2106 unreimbursed "employee business expenses" | Not one of the 4 categories. $6,622 for vehicle expenses - oil, gas, repairs (Chevy Malibu); $800 for tolls, $1,560 for phone usage, $400 for work uniforms |
| | | | | $7,203 in Schedule A "other itemized deductions" | Impairment related work expenses |
| | | | | Claimed tax refund amount of $2,213 | N/A |
| 25 | 2/12/2018 | Kimberly & Brian Quigley | 2017 | $1,847 in Schedule A "unreimbursed employee expenses" | $720 in Work tools = ($120 for Office Supplies and $600 for Projector for Classroom); $1,127 for Form 2106 |
| | | | | $6,843 in Schedule A "other itemized deductions" | $104 related to workplace development, $900 in continuing education, $2,400 for home expenses, $1,020 in deductible interest, and $2,419 in depreciation |
| | | | | Claimed tax refund amount of $4,179 | N/A |

Remainder of page left intentionally blank – see next page for continuation

# Indictment Counts – Detail Regarding False or Fraudulent Items

**Legend:**
- 🟪 Schedule C miscellaneous deductions
- ⬜ Unreimbursed employee expenses
- 🟩 Employee benefit programs expenses
- 🟣 Depreciation expenses
- 🟧 Schedule A other expenses
- 🟥 Impairment related work expenses
- 🟦 Total Tax Refunds

| Count | Approx. Filing Date | Taxpayer(s) | Tax Year | False & Fraudulent Material Item | Underlying Actual Claimed Expense(s) as stated by Castro |
|---|---|---|---|---|---|
| 26 | 4/7/2020 | Michael & Mirjana Putica | 2019 | $47,160 in F2106 unreimbursed "employee business expenses" | $4,200 for oil, gas, and repairs; $42,000 for depreciation related to Michael Putica's vehicle and $960 for cell phone |
| | | | | $5,800 in Schedule E "auto and travel" expenses | Auto & Travel expenses; costs associated with the entire family traveling to Australia - Castro has admitted this was wrong |
| | | | | $6,340 in Schedule C "car and truck" expenses | $3,000 in gas, $240 for Oil Change, $900 for Tire cost, $2,200 for Total Car Insurance |
| | | | | $38,000 in Schedule C "depreciation" expenses | Mazda CX-9 2018 |
| | | | | $36,576 in Schedule C "employee benefit programs" expenses | $913 in Section 119 Loan Mandated Homeowner, $4,268 in Section 119 Mortgage Principle, $2,800 for Section 119 Lodging HOA, $500 for Vision, $6,972 for Medical Check Ups Routines, $4,536 for Section 119 Utilities, $16,587 for 12 DD |
| | | | | $905 in Schedule C "office" expenses | $600 for Cell Phone, $250 for Newspapers, $55 from Business Spreadsheet |
| | | | | $31,797 in Schedule C "supplies" expenses | Full value of Piano |
| | | | | $13,682 in Schedule C "taxes and licenses" expenses | Appears to represent full value of real estate taxes for entire residence |
| | | | | Claimed tax refund amount of $32,987 | N/A |
| 27 | 6/13/2018 | Michael & Angelita Natt | 2017 | $6,251 in Schedule A "unreimbursed employee expenses" | $1,040 for uniforms and protective clothing, $2,360 for work tools and $2,851 from Form 2106 (related to vehicle expenses). |
| | | | | $15,648 in Schedule A "other expenses" | $1,248 for workplace goodwill development and $14,000 for depreciation |
| | | | | $2,400 in Schedule A "other miscellaneous deductions" | Impairment related work expenses |
| | | | | Claimed tax refund amount of $2,000 | N/A |
| 28 | 3/24/2018 | Ahmad Lampkin | 2017 | $9,666 in Schedule A "unreimbursed employee expenses" | $1,280 for work tools, $5,460 for uniforms and protective clothing and $426 for union and professional dues, and $2,500 from a Form 2106 |
| | | | | $1,700 in Schedule A "other expenses" | $1,000 in workplace goodwill development, $500 for continuing education, and $200 for contract labor |
| | | | | $9,141 in Schedule A "other miscellaneous deductions" | Impairment related work expenses |
| | | | | Claimed tax refund amount of $6,755 | N/A |
| 29 | 4/29/2019 | Ahmad Lampkin | 2018 | $7,520 in Schedule A "gifts to charity" | Lampkin would testify that he did not make $7,520 in donations to charity in 2018 and did not tell Castro or Castro employees that he had that amount of gifts to charity |
| | | | | $90,725 in F2106 unreimbursed "employee business expenses" | Not one of the 4 categories. No detail in system related to original return. |
| | | | | Claimed tax refund amount of $18,209 | N/A |
| 30 | 7/30/2020 | Fabio Ramos | 2019 | $9,350 in F2106 unreimbursed "employee business expenses" | From Form 2106. $200 for 8275 and $9,150 for an "Amendment" |
| | | | | $300 in Schedule C "advertising" expenses | Uber for $300 |
| | | | | $4,540 in Schedule C "car and truck" expenses | $2,080 for Gas, $60 for gas, $2,000 for Auto Insurance, $400 for Annual Registration, Safety |
| | | | | $21,000 in Schedule C "depreciation" expenses | Depreciation for Toyota Sienna |
| | | | | $33,132 in Schedule C "employee benefit programs" expenses | $24,592 for Box 12 DD, $4,000 for Rent, Mortgage, $2,340 for Section 119 Work Related Meals, $300 for Out of Pocket Medications, $200 for Dental, $1,700 for other medical |
| | | | | Claimed tax refund amount of $8,001 | N/A |
| 31 | 2/28/2018 | Federico & Justine Turatti | 2017 | $8,482 in Schedule A "unreimbursed employee expenses" | $3,500 related to work tools, $2,980 for uniforms and protective clothing, and $2,002 from Form 2106 (related to vehicle expenses). |
| | | | | $37,502 in Schedule A "other miscellaneous deductions" | $300 for Medications, $600 for Doctors, $500 for Vision Related, $11,600 for Insurance, $3,012 for Health, $20,346 for "more health" |
| | | | | Claimed tax refund amount of $13,859 | N/A |

# Indictment Counts – Detail Regarding False or Fraudulent Items



| | = Schedule C miscellaneous deductions | | = Depreciation expenses |
| --- | --- | --- | --- |
| | = Unreimbursed employee expenses | | = Schedule A other expenses |
| | | | = Impairment related work expenses |
| | = Employee benefit programs expenses | | = Total Tax Refunds |

| Count | Approx. Filing Date | Taxpayer(s) | Tax Year | False & Fraudulent Material Item | Underlying Actual Claimed Expense(s) as stated by Castro |
| --- | --- | --- | --- | --- | --- |
| 32 | 3/14/2019 | Federico & Justine Turatti | 2018 | $98,519 in Schedule C "employee benefit programs" expenses | $45,600 in mortgage payments, $1,000 in medical impairment, $500 in dependent care, $3,400 in electricity, $960 in water, $1,800 in gas, $11,275 in Section 119 lodging taxes, $5,331 in medical reimbursement, $28,563 in medical reimbursement |
| | | | | Claimed tax refund amount of $36,883 | N/A |
| 33 | 3/22/2020 | Federico & Justine Turatti | 2019 | $116,480 in Schedule C "employee benefit programs" expenses | $63,207 for mortgage, $21,142 for Box 12 DD, $26,105 for Medical, $200 for vision, $2,225 for Section 119 Homeowners Insurance, $3,600 for Section 119 utilities |
| | | | | $15,544 in Schedule C "interest" expenses | Mortgage |
| | | | | $21,000 in Schedule C "legal and professional services" expenses | "Castro" for $21,000 |
| | | | | $11,262 in Schedule C "taxes and licenses" expenses | No additional detail provided - per Castro records, this represnts real estate taxes |
| | | | | Claimed tax refund amount of $45,106 | N/A |