IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA

v.

JOHN ANTHONY CASTRO

CRIMINAL NO.  4:24-CR-1-Y

**GOVERNMENT'S EXHIBIT LIST**

| Ex. # | Sponsoring Witness | Description of Exhibit | Identified | Offered | Admitted |
|---|---|---|---|---|---|
| *Exhibits Related to John Castro's Background* | | | | | |
| 1 | Ma | Print-out from Castro & Co. website | | | |
| 2 | Ma | Castro's Texas Driver's License | | | |
| 3 | Ma | U.S. Military Academy Preparecatory School records for Castro | | | |
| 4 | Ma | Texas A&M School records for Castro | | | |
| 5 | Ma | University of New Mexico School of Law School records for Castro | | | |
| 6 | Ma | Georgetown University Law School records for Castro | | | |
| 7 | Ma | July 18, 2016 Letter from Florida Bar to Castro (2 pages) | | | |
| 8 | Ma | Enrollment Status records for IRS | | | |
| 9 | Ma | Castro's personal income taxes for 2016 | | | |
| 10 | Ma | Castro's personal income taxes for 2017 | | | |
| 11 | Ma | Castro's personal income taxes for 2019 | | | |
| 12 | Ma | Castro's personal income taxes for 2020 | | | |
| 13 | Ma | Castro's personal income taxes for 2021 | | | |
| 14 | Ma | Castro's personal income taxes for 2022 | | | |
| 15 | Ma | Castro's Criminal History | | | |
| 16 | Ma | Castro's Resume from Gudorf Law Firm | | | |

\* The parties have stipulated that Government Exhibits 1-16, 21-27, 31-41, 46-55, 81-407, 434-466, and 467-480 are authentic and will not challenge thier admission under FRE 901(A).

| Ex. # | Sponsoring Witness | Description of Exhibit | Identified | Offered | Admitted |
|-------|-------------------|----------------------|------------|---------|----------|
| 17 | Ma | Castro Tweet dated September 7, 2023 | _____ | _____ | _____ |
| 18 | Ma | Castro Tweet dated Spetmber 11, 2023 | _____ | _____ | _____ |
| 19 | Ma | "Inside Sources" article with Castro Interview, dated Oct. 22, 2023 | _____ | _____ | _____ |
| 20 | Ma | The Hill article with Castro interview, dated January 10, 2024 | _____ | _____ | _____ |
| 21 | Ma | Newsweek article dated January 11, 2024 | _____ | _____ | _____ |

**Exhibits Related to Castro & Co.**

| Ex. # | Sponsoring Witness | Description of Exhibit | Identified | Offered | Admitted |
|-------|-------------------|----------------------|------------|---------|----------|
| 22 | Ma | IP Address records for Filings from Castro's home | _____ | _____ | _____ |
| 23 | Ma | Castro PTIN Application and Renewal records | _____ | _____ | _____ |
| 24 | Ma | CCH records | _____ | _____ | _____ |
| 25 | Ma | Castro Laptop | _____ | _____ | _____ |
| 26 | Ma | Castro & Co Application for EFIN #596507 | _____ | _____ | _____ |
| 27 | Ma | Castro & Co Application for EFIN #503328 | _____ | _____ | _____ |
| 28 | Ma | SmartVault records (excel file) | _____ | _____ | _____ |
| 29 | N/A | Reserved | _____ | _____ | _____ |
| 30 | N/A | Reserved | _____ | _____ | _____ |

**Emails from Castro to Agents and Prosecutors**

| Ex. # | Sponsoring Witness | Description of Exhibit | Identified | Offered | Admitted |
|-------|-------------------|----------------------|------------|---------|----------|
| 31 | Ma | January 5, 2022 Email from Castro to Ma (5:48 pm) (2 pages) | _____ | _____ | _____ |
| 32 | Ma | January 5, 2022 Email from Castro to Ma (7:15 pm) (5 pages) | _____ | _____ | _____ |
| 33 | Ma | January 6, 2022 Email from Castro to Ma (3:34 pm) | _____ | _____ | _____ |
| 34 | Ma | January 7, 2022 Email from Castro to Ma and Bratt (6:28 pm) | _____ | _____ | _____ |
| 35 | Ma | January 12, 2022 Email from Castro to Ma and Bratt (3:28 pm) | _____ | _____ | _____ |
| 36 | Ma | January 12, 2022 Email from Castro Bratt and Ma (3:44 pm) | _____ | _____ | _____ |
| 37 | N/A | Reserved | _____ | _____ | _____ |
| 38 | Ma | January 17, 2022 Email from Castro to Bratt and Ma (7:24 pm) (6 pages) | _____ | _____ | _____ |
| 39 | Ma | January 18, 2022 Email from Castro to Bratt and Ma (6:53 pm) (3 pages) | _____ | _____ | _____ |
| 40 | Ma | January 18, 2022 Email from Castro to Bratt and Ma (11:37 am) | _____ | _____ | _____ |
| 41 | Ma | January 18, 2022 Email from Castro to Bratt (2:52 pm) | _____ | _____ | _____ |

* The parties have stipulated that Government Exhibits 1-16, 21-27, 31-41, 46-55, 81-407, 434-466, and 467-480 are authentic and will not challenge thier admission under FRE 901(A).

| Ex. # | Sponsoring Witness | Description of Exhibit | Identified | Offered | Admitted |
|-------|--------------------|-----------------------|------------|---------|----------|
| 42 | N/A | Reserved | _____ | _____ | _____ |
| 43 | N/A | Reserved | _____ | _____ | _____ |
| 44 | N/A | Reserved | _____ | _____ | _____ |
| 45 | N/A | Reserved | _____ | _____ | _____ |
| **Bank Records** | | | | | |
| 46 | Ma | Bank of America Account 4868 (January 2015 to August 2018) | _____ | _____ | _____ |
| 47 | Ma | Bank of America Account 4868 (October 2018 to September 2020) | _____ | _____ | _____ |
| 48 | Ma | Chase Account 5951 (February 2017 to September 2018) | _____ | _____ | _____ |
| 49 | Ma | Chase Account 5951 (October 2018 to September 2020) | _____ | _____ | _____ |
| 50 | Ma | Chase Account 1523 (May 2018) | _____ | _____ | _____ |
| 51 | Ma | Chase Account 7539 (May 2018) | _____ | _____ | _____ |
| 52 | Ma | Chase Account 5976 (March 2018) | _____ | _____ | _____ |
| 53 | Ma | Chase Account 5976 Transactions (December 2018 – July 2020) | _____ | _____ | _____ |
| 54 | Ma | Chase Account 1797 (April 2018) | _____ | _____ | _____ |
| 55 | Ma | Chase Account 1797 Transactions (December 2018 – August 2020) | _____ | _____ | _____ |
| **Summary Charts** | | | | | |
| 56 | Ma | Summary Chart of Allocation of Refunds | _____ | _____ | _____ |
| 57 | Wieborg | Summary Chart of Tax Loss by Counts | _____ | _____ | _____ |
| 58 | Ma/Wieborg | Summary Chart of Counts with Underlying Issues | _____ | _____ | _____ |
| 59 | Ma | Summary Chart of IP Address records | _____ | _____ | _____ |
| 60 | Lampkin | Summary for Ahmad Lampkin | _____ | _____ | _____ |
| 61 | Meyer | Summary for John and Kelley Meyer | _____ | _____ | _____ |
| 62 | Natt | Summary for Michael and Angelita Natt | _____ | _____ | _____ |
| 63 | Ragsdale | Summary for Randolph and Robin Ragsdale | _____ | _____ | _____ |
| 64 | Rivera | Summary for Linda Rivera | _____ | _____ | _____ |
| 65 | Putica | Summary for Michael and Mirjana Putica | _____ | _____ | _____ |

\* The parties have stipulated that Government Exhibits 1-16, 21-27, 31-41, 46-55, 81-407, 434-466, and 467-480 are authentic and will not challenge thier admission under FRE 901(A).

| Ex. # | Sponsoring Witness | Description of Exhibit | Identified | Offered | Admitted |
|---|---|---|---|---|---|
| *IRS Tax Calculations for Each Victim* | | | | | |
| 66 | Wieborg | Criminal Tax Computations for Claytons | _____ | _____ | _____ |
| 67 | Wieborg | Criminal Tax Computations for Boggs and Fifi-Boggs | _____ | _____ | _____ |
| 68 | Wieborg | Criminal Tax Computations for Rivera | _____ | _____ | _____ |
| 69 | Wieborg | Criminal Tax Computations for Karavangelos | _____ | _____ | _____ |
| 70 | Wieborg | Criminal Tax Computations for Ragsdale | _____ | _____ | _____ |
| 71 | Wieborg | Criminal Tax Computations for Solas | _____ | _____ | _____ |
| 72 | Wieborg | Criminal Tax Computations for Zilinskis | _____ | _____ | _____ |
| 73 | Wieborg | Criminal Tax Computations for Meyers | _____ | _____ | _____ |
| 74 | Wieborg | Criminal Tax Computations for Wells | _____ | _____ | _____ |
| 75 | Wieborg | Criminal Tax Computations for Quigleys | _____ | _____ | _____ |
| 76 | Wieborg | Criminal Tax Computations for Puticas | _____ | _____ | _____ |
| 77 | Wieborg | Criminal Tax Computations for Natts | _____ | _____ | _____ |
| 78 | Wieborg | Criminal Tax Computations for Lampkin | _____ | _____ | _____ |
| 79 | Wieborg | Criminal Tax Computations for Ramos | _____ | _____ | _____ |
| 80 | Wieborg | Criminal Tax Computations for Turatti | _____ | _____ | _____ |
| *Records related to Victim "Angela Jackson"* | | | | | |
| 81 | Johnson | 2017 Form 1040 for Angela Jackson (31 pages) | _____ | _____ | _____ |
| 82 | Johnson | Summary Chart related to Jackson | _____ | _____ | _____ |
| 83 | Johnson | Blank Castro forms to be filled out by clients | _____ | _____ | _____ |
| 84 | Johnson | Draft taxes for Jackson completed by Castro, dated April 24, 2018 (21 pages) | _____ | _____ | _____ |
| 85 | Johnson | February 1, 2018 Message from Jackson to Castro & Co. (9:45 am) | _____ | _____ | _____ |
| 86 | Johnson | February 1, 2018 Message from Castro & Co. to Castro (9:45 am) | _____ | _____ | _____ |
| 87 | Johnson | February 1, 2018 Message from Castro to Castro (11:39 am) | _____ | _____ | _____ |
| 88 | Johnson | February 1, 2018 Message from Castro & Co. to Jackson (7:02 pm) | _____ | _____ | _____ |
| 89 | Johnson | February 1, 2018 Message from Jackson to Castro & Co. (8:19 pm) | _____ | _____ | _____ |
| 90 | Johnson | February 2, 2018 Message from Castro & Co. to Jackson (10:01 am) | _____ | _____ | _____ |

* The parties have stipulated that Government Exhibits 1-16, 21-27, 31-41, 46-55, 81-407, 434-466, and 467-480 are authentic and will not challenge thier admission under FRE 901(A).

| Ex. # | Sponsoring Witness | Description of Exhibit | Identified | Offered | Admitted |
|-------|-------------------|----------------------|-----------|---------|----------|
| 91 | Johnson | February 5, 2018 Message from Jackson to Castro & Co. (1:07 pm) | | | |
| 92 | Johnson | February 5, 2018 Message from Castro & Co. to Jackson (2:21 pm) | | | |
| 93 | Johnson | Recording of 2/13/2018 Conversation between Jackson and Castro | | | |
| 94 | Johnson | Transcript of 2/13/2020 Conversation between Jackson and Castro | | | |
| 95 | Johnson | February 14, 2018 Message from Castro & Co. to Jackson (12:18 pm) | | | |
| 96 | Johnson | February 15, 2018 Message from Castro & Co. to Jackson (2:37 pm) | | | |
| 97 | Johnson | February 15, 2018 Message from Jackson to Castro & Co. (4:00 pm) | | | |
| 98 | Johnson | February 15, 2018 Message from Castro & Co. to Jackson (4:28 pm) | | | |
| 99 | Johnson | February 15, 2018 Message from Castro & Co. to Jackson (4:28 pm) | | | |
| 100 | Johnson | Recording of 3/2/2018 Conversation between Jackson and Ishmael Garza | | | |
| 101 | Johnson | Transcript of 3/2/2018 Conversation between Jackson and Ishmael Garza | | | |
| 102 | Johnson | March 12, 2018 Message from Castro to Jackson (1:04 am) | | | |
| 103 | Johnson | 2017 Tax Proposal from Castro to Jackson, dated March 12, 2018 (2 pages) | | | |
| 104 | Johnson | March 14, 2018 Message from Jackson to Castro (2:22 pm) | | | |
| 105 | Johnson | March 14, 2018 Message from Castro & Co. to Jackson (2:23 pm) | | | |
| 106 | Johnson | March 14, 2018 Message from Castro & Co. to Jackson (4:57 pm) | | | |
| 107 | Johnson | Tax Transcript for Jackson 2017 Taxes | | | |

***Records related to Victims Paul and Alissa Clayton***

| Ex. # | Sponsoring Witness | Description of Exhibit | Identified | Offered | Admitted |
|-------|-------------------|----------------------|-----------|---------|----------|
| 108 | Clayton | Clayton's 2017 Taxes, as filed by Castro (49 pages) | (Admission stipulated by parties. *See* Dkt. No. 36.) | | |
| 109 | Clayton | 2017 Tax Interview Packet (33 pages) | (Admission stipulated by parties. *See* Dkt. No. 36.) | | |
| 110 | Clayton | May 22, 2017 Email from Clayton to Castro (11:27 am) | (Admission stipulated by parties. *See* Dkt. No. 36.) | | |
| 111 | Clayton | April 1, 2018 Email from Castro to Clayton (5:45 am) | (Admission stipulated by parties. *See* Dkt. No. 36.) | | |
| 112 | Clayton | May 29, 2018 Email from Castro employee to Clayton (3:38 pm) | (Admission stipulated by parties. *See* Dkt. No. 36.) | | |
| 113 | Ma | Tax Transcript for Clayton 2017 Taxes | (Admission stipulated by parties. *See* Dkt. No. 36.) | | |

***Records related to Victims James Boggs and Frances Fifis-Boggs***

| Ex. # | Sponsoring Witness | Description of Exhibit | Identified | Offered | Admitted |
|-------|-------------------|----------------------|-----------|---------|----------|
| 114 | Fifi-Boggs | Boggs & Fifis-Boggs 2017 Taxes, as filed by Castro (42 pages) | (Admission stipulated by parties. *See* Dkt. No. 36.) | | |
| 115 | Fifi-Boggs | Boggs & Fifis-Boggs 2018 Taxes, as filed by Castro (43 pages) | (Admission stipulated by parties. *See* Dkt. No. 36.) | | |

* The parties have stipulated that Government Exhibits 1-16, 21-27, 31-41, 46-55, 81-407, 434-466, and 467-480 are authentic and will not challenge thier admission under FRE 901(A).

| Ex. # | Sponsoring Witness | Description of Exhibit | Identified | Offered | Admitted |
|-------|-------------------|----------------------|------------|---------|----------|
| 116 | Fifi-Boggs | Boggs & Fifis-Boggs 2019 Taxes, as filed by Castro (34 pages) | (Admission stipulated by parties. *See* Dkt. No. 36.) | | |
| 117 | Fifi-Boggs | March 5, 2018 Email from Castro to Boggs & Fifis-Boggs | (Admission stipulated by parties. *See* Dkt. No. 36.) | | |
| 118 | Fifi-Boggs | 2017 Tax Proposal (2 pages) | (Admission stipulated by parties. *See* Dkt. No. 36.) | | |
| 119 | Fifi-Boggs | Business Expenses provided by Boggs & Fifis-Boggs to Castro, 2017-2019 (4 pages) | (Admission stipulated by parties. *See* Dkt. No. 36.) | | |
| 120 | Fifi-Boggs | April 14, 2019 Email from Castro to Boggs & Fifis-Boggs | (Admission stipulated by parties. *See* Dkt. No. 36.) | | |
| 121 | Fifi-Boggs | 2018 Tax Proposal (2 pages) | (Admission stipulated by parties. *See* Dkt. No. 36.) | | |
| 122 | Fifi-Boggs | April 14, 2020 Email from Castro employee to Boggs & Fifis-Boggs | (Admission stipulated by parties. *See* Dkt. No. 36.) | | |
| 123 | Fifi-Boggs | 2019 Tax Proposal (2 pages) | (Admission stipulated by parties. *See* Dkt. No. 36.) | | |
| 124 | Fifi-Boggs | March 25, 2021 Email from Castro to Boggs & Fifis-Boggs | (Admission stipulated by parties. *See* Dkt. No. 36.) | | |
| 125 | Fifi-Boggs | September 29, 2021 Email from Castro to Boggs & Fifis-Boggs | (Admission stipulated by parties. *See* Dkt. No. 36.) | | |
| 126 | Fifi-Boggs | October 4, 2021 Email from Castro to Boggs & Fifis-Boggs | (Admission stipulated by parties. *See* Dkt. No. 36.) | | |
| 127 | Fifi-Boggs | October 22, 2021 Email from Castro to Boggs & Fifis-Boggs | (Admission stipulated by parties. *See* Dkt. No. 36.) | | |
| 128 | Ma | Tax Transcript for Boggs and Fifi-Boggs 2017 Taxes | (Admission stipulated by parties. *See* Dkt. No. 36.) | | |
| 129 | Ma | Tax Transcript for Boggs and Fifi-Boggs 2018 Taxes | (Admission stipulated by parties. *See* Dkt. No. 36.) | | |
| 130 | Ma | Tax Transcript for Boggs and Fifi-Boggs 2019 Taxes | (Admission stipulated by parties. *See* Dkt. No. 36.) | | |

***Records related to Victim Linda Rivera***

| Ex. # | Sponsoring Witness | Description of Exhibit | Identified | Offered | Admitted |
|-------|-------------------|----------------------|------------|---------|----------|
| 131 | Rivera | Rivera 2017 Taxes, as filed by Castro (38 pages) | (Admission stipulated by parties. *See* Dkt. No. 36.) | | |
| 132 | Rivera | Rivera 2018 Taxes, as filed by Castro (35 pages) | (Admission stipulated by parties. *See* Dkt. No. 36.) | | |
| 133 | Rivera | Rivera 2019 Taxes, as filed by Castro (35 pages) | (Admission stipulated by parties. *See* Dkt. No. 36.) | | |
| 134 | Rivera | 2017 Tax Interview Packet for Rivera (33 pages) | (Admission stipulated by parties. *See* Dkt. No. 36.) | | |
| 135 | Rivera | 2018 Tax Interview Packet for Rivera (29 pages) | (Admission stipulated by parties. *See* Dkt. No. 36.) | | |
| 136 | Rivera | 2019 AI Tax Interview for Rivera (22 pages) | (Admission stipulated by parties. *See* Dkt. No. 36.) | | |
| 137 | Rivera | Client info sheet for Rivera for 2018 (2 pages) | (Admission stipulated by parties. *See* Dkt. No. 36.) | | |
| 138 | Rivera | Spreadsheets of Rivera 2017 business income and expenses | (Admission stipulated by parties. *See* Dkt. No. 36.) | | |
| 139 | Rivera | March 22, 2019 Email from Castro to Rivera (12:55 am) | (Admission stipulated by parties. *See* Dkt. No. 36.) | | |
| 140 | Rivera | February 29, 2020 Email from Castro to Rivera (4:04 pm) | (Admission stipulated by parties. *See* Dkt. No. 36.) | | |
| 141 | Ma | Tax Transcript for Rivera 2017 Taxes | (Admission stipulated by parties. *See* Dkt. No. 36.) | | |

\* The parties have stipulated that Government Exhibits 1-16, 21-27, 31-41, 46-55, 81-407, 434-466, and 467-480 are authentic and will not challenge thier admission under FRE 901(A).

| Ex. # | Sponsoring Witness | Description of Exhibit | Identified | Offered | Admitted |
|-------|-------------------|----------------------|-----------|---------|----------|
| 142 | Ma | Tax Transcript for Rivera 2018 Taxes | (Admission stipulated by parties. *See* Dkt. No. 36.) | | |
| 143 | Ma | Tax Transcript for Rivera 2019 Taxes | (Admission stipulated by parties. *See* Dkt. No. 36.) | | |

***Records related to Victims Christian and Ciara Karavangelos***

| Ex. # | Sponsoring Witness | Description of Exhibit | Identified | Offered | Admitted |
|-------|-------------------|----------------------|-----------|---------|----------|
| 144 | Karavangelos | Karavangelos 2017 Taxes, as filed by Castro (37 pages) | (Admission stipulated by parties. *See* Dkt. No. 36.) | | |
| 145 | Karavangelos | Karavangelos 2018 Taxes, as filed by Castro (55 pages) | (Admission stipulated by parties. *See* Dkt. No. 36.) | | |
| 146 | Karavangelos | Karavangelos 2019 Taxes, as filed by Castro (50 pages) | (Admission stipulated by parties. *See* Dkt. No. 36.) | | |
| 147 | Karavangelos | 2017 Tax Interview Packet for Karavangelos (33 pages) | (Admission stipulated by parties. *See* Dkt. No. 36.) | | |
| 148 | Karavangelos | 2018 Tax Interview Packet for Karavangelos (29 pages) | (Admission stipulated by parties. *See* Dkt. No. 36.) | | |
| 149 | Karavangelos | 2019 AI Tax Interview for Karavangelos (7 pages) | (Admission stipulated by parties. *See* Dkt. No. 36.) | | |
| 150 | Karavangelos | Client info sheet for Karavangelos for 2017 (3 pages) | (Admission stipulated by parties. *See* Dkt. No. 36.) | | |
| 151 | Karavangelos | Spreadsheets of Karavangelos business income and expenses | (Admission stipulated by parties. *See* Dkt. No. 36.) | | |
| 152 | Karavangelos | 2017 Tax Letter from Castro to Karavangelos | (Admission stipulated by parties. *See* Dkt. No. 36.) | | |
| 153 | Karavangelos | 2018 Tax Letter from Castro to Karavangelos | (Admission stipulated by parties. *See* Dkt. No. 36.) | | |
| 154 | Karavangelos | April 6, 2017 Email from Castro to Karavangelos | (Admission stipulated by parties. *See* Dkt. No. 36.) | | |
| 155 | Karavangelos | April 6, 2017 Email from Karavangelos to Castro | (Admission stipulated by parties. *See* Dkt. No. 36.) | | |
| 156 | Karavangelos | April 12, 2017 Email from Castro to Karavangelos | (Admission stipulated by parties. *See* Dkt. No. 36.) | | |
| 157 | Karavangelos | April 12, 2017 Email from Karavangelos to Castro | (Admission stipulated by parties. *See* Dkt. No. 36.) | | |
| 158 | Karavangelos | March 23, 2018 Email from Castro to Karavangelos | (Admission stipulated by parties. *See* Dkt. No. 36.) | | |
| 159 | Karavangelos | March 24, 2018 Email from Karavangelos to Castro | (Admission stipulated by parties. *See* Dkt. No. 36.) | | |
| 160 | Karavangelos | March 17, 2019 Email from Castro to Karavangelos | (Admission stipulated by parties. *See* Dkt. No. 36.) | | |
| 161 | Karavangelos | March 18, 2019 Email from Karavangelos to Castro | (Admission stipulated by parties. *See* Dkt. No. 36.) | | |
| 162 | Karavangelos | March 18, 2019 Email from Hunt to Karavangelos | (Admission stipulated by parties. *See* Dkt. No. 36.) | | |
| 163 | Karavangelos | March 18, 2019 Email from Karavangelos to Hunt | (Admission stipulated by parties. *See* Dkt. No. 36.) | | |
| 164 | Karavangelos | March 18, 2019 Email from Hunt to Karavangelos | (Admission stipulated by parties. *See* Dkt. No. 36.) | | |
| 165 | Karavangelos | April 2, 2020 Email from Castro to Karavangelos | (Admission stipulated by parties. *See* Dkt. No. 36.) | | |
| 166 | Karavangelos | April 3, 2020 Email from Karavangelos to Castro | (Admission stipulated by parties. *See* Dkt. No. 36.) | | |
| 167 | Karavangelos | March 19, 2021 Email from Castro & Co. to Karavangelos | (Admission stipulated by parties. *See* Dkt. No. 36.) | | |

\* The parties have stipulated that Government Exhibits 1-16, 21-27, 31-41, 46-55, 81-407, 434-466, and 467-480 are authentic and will not challenge thier admission under FRE 901(A).

| Ex. # | Sponsoring Witness | Description of Exhibit | Identified | Offered | Admitted |
|---|---|---|---|---|---|
| 168 | Ma | Tax Transcript for Karavangelos 2017 Taxes | (Admission stipulated by parties. *See* Dkt. No. 36.) | | |
| 169 | Ma | Tax Transcript for Karavangelos 2018 Taxes | (Admission stipulated by parties. *See* Dkt. No. 36.) | | |
| 170 | Ma | Tax Transcript for Karavangelos 2019 Taxes | (Admission stipulated by parties. *See* Dkt. No. 36.) | | |

***Records related to Victims Randolph and Robin Ragsdale***

| Ex. # | Sponsoring Witness | Description of Exhibit | Identified | Offered | Admitted |
|---|---|---|---|---|---|
| 171 | Ragsdale | Ragsdale 2017 Taxes, as filed by Castro (31 pages) | | | |
| 172 | Ragsdale | Ragsdale 2018 Taxes, as filed by Castro (55 pages) | | | |
| 173 | Ragsdale | Ragsdale 2019 Taxes, as filed by Castro (61 pages) | | | |
| 174 | Ragsdale | 2017 Tax Interview Packet for Ragsdale (33 pages) | | | |
| 175 | Ragsdale | 2018 Tax Interview Packet for Ragsdale (30 pages) | | | |
| 176 | Ragsdale | 2019 AI Tax Interview for Ragsdale (8 pages) | | | |
| 177 | Ragsdale | Client info sheet for Ragsdale for 2017 (3 pages) | | | |
| 178 | Ragsdale | Client info sheet for Ragsdale for 2018 (3 pages) | | | |
| 179 | Ragsdale | Client info sheet for Ragsdale for 2019 (3 pages) | | | |
| 180 | Ragsdale | 2017 Tax Documents provided by Ragsdale (53 pages) | | | |
| 181 | Ragsdale | 2018 Tax Documents provided by Ragsdale (455 pages) | | | |
| 182 | Ragsdale | 2019 Tax Documents provided by Ragsdale (148 pages) | | | |
| 183 | Ragsdale | Ragsdale personal income and expenses prepared by Ragsdale (2017) (2 pages) | | | |
| 184 | Ragsdale | Ragsdale personal income and expenses prepared by Ragsdale (2018) (2 pages) | | | |
| 185 | Ragsdale | Ragsdale personal income and expenses prepared by Ragsdale (2019) (2 pages) | | | |
| 186 | Ragsdale | IRS Letter dated May 24, 2020 (11 pages) | | | |
| 187 | Ragsdale | IRS Letter dated November 1, 2021 (32 pages) | | | |
| 188 | N/A | Reserved | | | |
| 189 | N/A | Reserved | | | |
| 190 | N/A | Reserved | | | |
| 191 | Ragsdale | March 16, 2018 Email from Castro to Ragsdale (3:44 pm) | | | |
| 192 | Ragsdale | May 02, 2019 Email from Ragsdale to Castro (7:47 pm) | | | |
| 193 | Ragsdale | May 02, 2020 Email from Castro Employee to Ragsdale (12:56 pm) | | | |

* The parties have stipulated that Government Exhibits 1-16, 21-27, 31-41, 46-55, 81-407, 434-466, and 467-480 are authentic and will not challenge thier admission under FRE 901(A).

| Ex. # | Sponsoring Witness | Description of Exhibit | Identified | Offered | Admitted |
|-------|-------------------|----------------------|-----------|---------|----------|
| 194 | Ragsdale | April 1, 2021 Email from Ragsdale to Castro Employee (2:44 pm) | _____ | _____ | _____ |
| 195 | N/A | Reserved | _____ | _____ | _____ |
| 196 | N/A | Reserved | _____ | _____ | _____ |
| 197 | N/A | Reserved | _____ | _____ | _____ |
| 198 | N/A | Reserved | _____ | _____ | _____ |
| 199 | N/A | Reserved | _____ | _____ | _____ |
| 200 | N/A | Reserved | _____ | _____ | _____ |
| 201 | Ma | Tax Transcript for Ragsdale for 2017 | _____ | _____ | _____ |
| 202 | Ma | Tax Transcript for Ragsdale for 2018 | _____ | _____ | _____ |
| 203 | Ma | Tax Transcript for Ragsdale for 2019 | _____ | _____ | _____ |

***Records related to Victim Javier and Betsy Sola***

| Ex. # | Sponsoring Witness | Description of Exhibit | Identified | Offered | Admitted |
|-------|-------------------|----------------------|-----------|---------|----------|
| 204 | Sola | Sola's 2017 Taxes, as filed by Castro (54 pages) | (Admission stipulated by parties. *See* Dkt. No. 36.) | | |
| 205 | Sola | Sola's 2018 Taxes, as filed by Castro (64 pages) | (Admission stipulated by parties. *See* Dkt. No. 36.) | | |
| 206 | Sola | Sola's 2019 Taxes, as filed by Castro (59 pages) | (Admission stipulated by parties. *See* Dkt. No. 36.) | | |
| 207 | Sola | 2017 Client Info sheet for Sola (3 pages) | (Admission stipulated by parties. *See* Dkt. No. 36.) | | |
| 208 | Sola | 2017 Tax Interview Packet (32 pages) | (Admission stipulated by parties. *See* Dkt. No. 36.) | | |
| 209 | Sola | 2018 Tax Interview Packet (29 pages) | (Admission stipulated by parties. *See* Dkt. No. 36.) | | |
| 210 | Sola | Second 2018 Tax Interview Packet (30 pages) | (Admission stipulated by parties. *See* Dkt. No. 36.) | | |
| 211 | Sola | 2017 Underlying documents provided by Sola (51 pages) | (Admission stipulated by parties. *See* Dkt. No. 36.) | | |
| 212 | Sola | 2018 Underlying documents provided by Sola (1 page) | (Admission stipulated by parties. *See* Dkt. No. 36.) | | |
| 213 | Sola | 2019 Underlying documents provided by Sola (46 pages) | (Admission stipulated by parties. *See* Dkt. No. 36.) | | |
| 214 | Sola | Spreadsheet of Sola 2019 Business Income and Expenses | (Admission stipulated by parties. *See* Dkt. No. 36.) | | |
| 215 | Sola | February 7, 2018 Email from Castro to Sola (11:40 pm) | (Admission stipulated by parties. *See* Dkt. No. 36.) | | |
| 216 | Sola | February 21, 2019 Email from Sola to Castro (8:44 am) | (Admission stipulated by parties. *See* Dkt. No. 36.) | | |
| 217 | Sola | February 11, 2020 Email from Sola to Castro employee (8:16 pm) | (Admission stipulated by parties. *See* Dkt. No. 36.) | | |
| 218 | Sola | February 15, 2020 Email from Castro employee to Sola (5:46 pm) | (Admission stipulated by parties. *See* Dkt. No. 36.) | | |
| 219 | Sola | February 19, 2020 Email from Sola to Castro (6:17 pm) | (Admission stipulated by parties. *See* Dkt. No. 36.) | | |

* The parties have stipulated that Government Exhibits 1-16, 21-27, 31-41, 46-55, 81-407, 434-466, and 467-480 are authentic and will not challenge thier admission under FRE 901(A).

| Ex. # | Sponsoring Witness | Description of Exhibit | Identified | Offered | Admitted |
|-------|-------------------|----------------------|------------|---------|----------|
| 220 | Sola | December 30, 2021 Email from Castro to Sola (9:39 pm) | (Admission stipulated by parties. *See* Dkt. No. 36.) | | |
| 221 | Ma | Tax Transcript for Solas for 2017 | (Admission stipulated by parties. *See* Dkt. No. 36.) | | |
| 222 | Ma | Tax Transcript for Solas for 2018 | (Admission stipulated by parties. *See* Dkt. No. 36.) | | |
| 223 | Ma | Tax Transcript for Solas for 2019 | (Admission stipulated by parties. *See* Dkt. No. 36.) | | |

*Records related to Victims Joseph and Kelley Zilinski*

| Ex. # | Sponsoring Witness | Description of Exhibit | Identified | Offered | Admitted |
|-------|-------------------|----------------------|------------|---------|----------|
| 224 | Zilinski | Zilinski's 2017 Taxes, as filed by Castro (38 pages) | (Admission stipulated by parties. *See* Dkt. No. 36.) | | |
| 225 | Zilinski | Zilinski's 2018 Taxes, as filed by Castro (57 pages) | (Admission stipulated by parties. *See* Dkt. No. 36.) | | |
| 226 | Zilinski | Zilinski's 2019 Taxes, as filed by Castro (44 pages) | (Admission stipulated by parties. *See* Dkt. No. 36.) | | |
| 227 | Zilinski | 2017 Client Info sheet for Zilinski (3 pages) | (Admission stipulated by parties. *See* Dkt. No. 36.) | | |
| 228 | Zilinski | 2017 Tax Interview Packet for Zilinski (33 pages) | (Admission stipulated by parties. *See* Dkt. No. 36.) | | |
| 229 | Zilinski | 2018 Tax Interview Packet for Zilinski (29 Pages) | (Admission stipulated by parties. *See* Dkt. No. 36.) | | |
| 230 | Zilinski | 2019 AI Tax Interview for Zilinski (22 Pages) | (Admission stipulated by parties. *See* Dkt. No. 36.) | | |
| 231 | Zilinski | April 22, 2019 Email from Castro & Co to Zilinski (12:22 pm) | (Admission stipulated by parties. *See* Dkt. No. 36.) | | |
| 232 | Zilinski | March 22, 2021 Email from Castro to Zilinski (4:51 pm) | (Admission stipulated by parties. *See* Dkt. No. 36.) | | |
| 233 | Zilinski | April 12, 2021 Email from Castro employee to Zilinski (1:54 pm) | (Admission stipulated by parties. *See* Dkt. No. 36.) | | |
| 234 | Zilinski | April 26, 2021 Email from Castro employee to Zilinski (3:20 pm) | (Admission stipulated by parties. *See* Dkt. No. 36.) | | |
| 235 | Zilinski | June 24, 2021 Email from Zilinski to Castro (2:18 pm) | (Admission stipulated by parties. *See* Dkt. No. 36.) | | |
| 236 | Zilinski | June 30, 2021 Email from Castro & Co to Zilinski (10:48 am) | (Admission stipulated by parties. *See* Dkt. No. 36.) | | |
| 237 | Zilinski | October 12, 2021 Email from Castro & Co to Zilinski (5:07 pm) | (Admission stipulated by parties. *See* Dkt. No. 36.) | | |
| 238 | Zilinski | October 14, 2021 Email from Castro to Zilinski (11:45 am) | (Admission stipulated by parties. *See* Dkt. No. 36.) | | |
| 239 | Zilinski | October 14, 2021 Email from Castro & Co to Zilinski (5:18 pm) | (Admission stipulated by parties. *See* Dkt. No. 36.) | | |
| 240 | Zilinski | October 27, 2021 Email from Zilinski to Castro (10:12 am) | (Admission stipulated by parties. *See* Dkt. No. 36.) | | |
| 241 | Zilinski | December 22, 2021 Email from Zilinski to Castro employee (1:41 pm) | (Admission stipulated by parties. *See* Dkt. No. 36.) | | |
| 242 | Zilinski | January 26, 2022 Email from Zilinski to Castro employee (3:16 pm) | (Admission stipulated by parties. *See* Dkt. No. 36.) | | |
| 243 | Ma | Tax Transcript for Zilinskis for 2017 | (Admission stipulated by parties. *See* Dkt. No. 36.) | | |
| 244 | Ma | Tax Transcript for Zilinskis for 2018 | (Admission stipulated by parties. *See* Dkt. No. 36.) | | |
| 245 | Ma | Tax Transcript for Zilinskis for 2019 | (Admission stipulated by parties. *See* Dkt. No. 36.) | | |

\* The parties have stipulated that Government Exhibits 1-16, 21-27, 31-41, 46-55, 81-407, 434-466, and 467-480 are authentic and will not challenge thier admission under FRE 901(A).

| Ex. # | Sponsoring Witness | Description of Exhibit | Identified | Offered | Admitted |
|-------|--------------------|-----------------------|------------|---------|----------|
| *Records related to Victims John and Kelley Meyer* | | | | | |
| 246 | Meyer | Meyer's 2017 Taxes, as filed by Castro (53 pages) | _____ | _____ | _____ |
| 247 | Meyer | Meyer's Amended 2017 Taxes, as filed by Willoughby (62 pages) | _____ | _____ | _____ |
| 248 | Meyer | 2017 Tax Summary and Instructions provided by Meyer to Castro (6 pages) | _____ | _____ | _____ |
| 249 | Meyer | 2017 Client Info form for Meyer (3 pages) | _____ | _____ | _____ |
| 250 | Meyer | 2017 Tax Interview Packet (33 pages) | _____ | _____ | _____ |
| 251 | Meyer | March 14, 2018 Email from Meyer to Castro Employee (9:55 am) | _____ | _____ | _____ |
| 252 | Meyer | January 24, 2019 Email from Castro to Meyer (7:45 pm) | _____ | _____ | _____ |
| 253 | Meyer | February 2, 2019 Text Messages from Castro to Meyer (11:41 am) | _____ | _____ | _____ |
| 254 | Meyer | February 20, 2019 Email from Castro to Kasper (1:39 pm) | _____ | _____ | _____ |
| 255 | Ma | Tax Transcript for Meyers for 2017 | _____ | _____ | _____ |
| *Records related to Victim Crystal Wells* | | | | | |
| 256 | Wells | Wells 2017 Taxes, as filed by Castro (31 pages) | (Admission stipulated by parties. *See* Dkt. No. 36.) | | |
| 257 | Wells | Wells 2018 Taxes, as filed by Castro (43 pages) | (Admission stipulated by parties. *See* Dkt. No. 36.) | | |
| 258 | Wells | Wells 2019 Taxes, as filed by Castro (43 pages) | (Admission stipulated by parties. *See* Dkt. No. 36.) | | |
| 259 | Wells | 2017 Tax Interview Packet for Wells (31 pages) | (Admission stipulated by parties. *See* Dkt. No. 36.) | | |
| 260 | Wells | 2018 Tax Interview Packet for Wells (29 pages) | (Admission stipulated by parties. *See* Dkt. No. 36.) | | |
| 261 | Wells | 2019 AI Tax Interview for Wells (7 pages) | (Admission stipulated by parties. *See* Dkt. No. 36.) | | |
| 262 | Ma | Tax Transcript for Wells for 2017 | (Admission stipulated by parties. *See* Dkt. No. 36.) | | |
| 263 | Ma | Tax Transcript for Wells for 2018 | (Admission stipulated by parties. *See* Dkt. No. 36.) | | |
| 264 | Ma | Tax Transcript for Wells for 2019 | (Admission stipulated by parties. *See* Dkt. No. 36.) | | |
| *Records related to Victims Brian and Kimberly Quigley* | | | | | |
| 265 | Quigley | Quigley's 2017 Taxes, as filed by Castro (39 pages) | (Admission stipulated by parties. *See* Dkt. No. 36.) | | |
| 266 | Quigley | Completed 2017 client form submitted by Castro to Quigleys (3 pages) | (Admission stipulated by parties. *See* Dkt. No. 36.) | | |
| 267 | Quigley | 2017 Tax Interview Packet for Quigleys (31 pages) | (Admission stipulated by parties. *See* Dkt. No. 36.) | | |
| 268 | Quigley | Documents provided by Quigleys to Castro (68 pages) | (Admission stipulated by parties. *See* Dkt. No. 36.) | | |
| 269 | Quigley | Email from Castro & Co. to Quigleys, dated January 31, 2018 (7:51 pm) | (Admission stipulated by parties. *See* Dkt. No. 36.) | | |

\* The parties have stipulated that Government Exhibits 1-16, 21-27, 31-41, 46-55, 81-407, 434-466, and 467-480 are authentic and will not challenge thier admission under FRE 901(A).

| Ex. # | Sponsoring Witness | Description of Exhibit | Identified | Offered | Admitted |
|-------|-------------------|----------------------|-----------|---------|----------|
| 270 | Quigley | Email from Quigleys to Castro, dated February 1, 2018 (8:31 pm) | (Admission stipulated by parties. *See* Dkt. No. 36.) | | |
| 271 | Quigley | Email from Castro to Quigleys, dated February 1, 2018 (8:59 pm) | (Admission stipulated by parties. *See* Dkt. No. 36.) | | |
| 272 | Quigley | Email from Castro to Quigleys, dated February 1, 2018 (10:08 pm) | (Admission stipulated by parties. *See* Dkt. No. 36.) | | |
| 273 | Quigley | Email from Quigleys to Castro, dated February 1, 2018 (10:34 pm) | (Admission stipulated by parties. *See* Dkt. No. 36.) | | |
| 274 | Quigley | Email from Castro to Quigleys dated February 2, 2018 (5:59 pm) | (Admission stipulated by parties. *See* Dkt. No. 36.) | | |
| 275 | Quigley | Email from Castro to Quigleys, dated February 7, 2018 (2:37 pm) | (Admission stipulated by parties. *See* Dkt. No. 36.) | | |
| 276 | Quigley | February 7, 2018 Tax proposal from Castro to Quigley | (Admission stipulated by parties. *See* Dkt. No. 36.) | | |
| 277 | Quigley | Email from Quigleys to Castro, dated February 7, 2018 (3:14 pm) | (Admission stipulated by parties. *See* Dkt. No. 36.) | | |
| 278 | Quigley | Email from Quigleys to Castro dated April 18, 2018 (4:38 pm) | (Admission stipulated by parties. *See* Dkt. No. 36.) | | |
| 279 | Quigley | Email from Castro to Quigleys dated April 25, 2018 (3:58 pm) | (Admission stipulated by parties. *See* Dkt. No. 36.) | | |
| 280 | Quigley | Email from the Quigleys to Castro, dated June 20, 2018 (3:47 p.m.) | (Admission stipulated by parties. *See* Dkt. No. 36.) | | |
| 281 | Ma | Tax Transcript for Quigley for 2018 | (Admission stipulated by parties. *See* Dkt. No. 36.) | | |
| *Records related to Victims Michael and Mirjana Putica* | | | | | |
| 282 | Putica | Putica's 2019 Taxes, as filed by Castro (77 pages) | | | |
| 283 | Putica | 2019 AI Tax Questionnaire for Putica (7 pages) | | | |
| 284 | Putica | Rental Income and Expenses provided by Putica | | | |
| 285 | Putica | Client info form | | | |
| 286 | Putica | Schedule C Income and Expenses | | | |
| 287 | Putica | March 24, 2020 Email from Castro Employee to Putica (4:26 pm) | | | |
| 288 | Putica | March 25, 2020 Email from Putica to Castro Employee (11:17 am) | | | |
| 289 | Putica | June 26, 2020 Email from Putica to Castro Employee (11:35 pm) | | | |
| 290 | Putica | July 29, 2020 Email from Castro to Putica (4:16 pm) | | | |
| 291 | Putica | January 8, 2021 Email from Castro to Putica (11:55 am) | | | |
| 292 | Putica | Form 14157-A Preparer Fraud Form submitted by Putica (110 pages) | | | |
| 293 | N/A | Tax Proposal letter dated April 11, 2020 | | | |
| 294 | N/A | Reserved | | | |
| 295 | N/A | Reserved | | | |

\* The parties have stipulated that Government Exhibits 1-16, 21-27, 31-41, 46-55, 81-407, 434-466, and 467-480 are authentic and will not challenge thier admission under FRE 901(A).

| Ex. # | Sponsoring Witness | Description of Exhibit | Identified | Offered | Admitted |
|-------|-------------------|----------------------|-----------|---------|----------|
| 296 | Ma | Tax Transcript for Puticas for 2019 | _____ | _____ | _____ |

***Records related to Victims Michael and Angelita Natt***

| Ex. # | Sponsoring Witness | Description of Exhibit | Identified | Offered | Admitted |
|-------|-------------------|----------------------|-----------|---------|----------|
| 297 | Natt | Natt 2017 Taxes, as filed by Castro (47 pages) | _____ | _____ | _____ |
| 298 | Natt | Natt 2017 Amended Taxes, as filed by Castro (24 pages) | _____ | _____ | _____ |
| 299 | Natt | 2017 Tax Interview Packet for Natt (33 pages) | _____ | _____ | _____ |
| 300 | Natt | Form 14157-A Preparer Fraud Form submitted by Natt | _____ | _____ | _____ |
| 301 | Natt | Email from Natt to Castro dated August 1, 2018 | _____ | _____ | _____ |
| 302 | Natt | Email from Castro employee to Natt, dated August 1, 2018 | _____ | _____ | _____ |
| 303 | Natt | Email from Natt to Castro dated August 15, 2018 | _____ | _____ | _____ |
| 304 | Natt | Email from Castro to Natt dated September 2, 2018 | _____ | _____ | _____ |
| 305 | Natt | Instant Messages between Castro employees regarding Natt | _____ | _____ | _____ |
| 306 | Natt | September 25, 2018 Email from Natt to Castro | _____ | _____ | _____ |
| 307 | Natt | Natt's 2017 Tax Return Comments and Questions (3 pages) | _____ | _____ | _____ |
| 308 | Natt | November 8, 2018 Email from Hunt to Castro | _____ | _____ | _____ |
| 309 | Natt | November 8, 2018 Email from Castro to Hunt | _____ | _____ | _____ |
| 310 | Natt | November 28, 2018 Email from Castro to Natt | _____ | _____ | _____ |
| 311 | Natt | Castro feedback to Natt's Comments for 2017 Tax Return Comments and Questions | _____ | _____ | _____ |
| 312 | Natt | January 15, 2019 Email from Natt to Castro | _____ | _____ | _____ |
| 313 | Natt | March 5, 2019 Email Exchange between Natt and Castro | _____ | _____ | _____ |
| 314 | Natt | Instant messages between Castro employees | _____ | _____ | _____ |
| 315 | Natt | April 3, 2019 Email from Castro to A. Garza re: instant messages | _____ | _____ | _____ |
| 316 | Natt | April 3, 2019 Email from Castro & Co. to Natt | _____ | _____ | _____ |
| 317 | Natt | May 2, 2019 Email from Natt to Castro & Co. | _____ | _____ | _____ |
| 318 | Natt | May 2, 2019 Email from Castro to Castro Employee | _____ | _____ | _____ |
| 319 | N/A | Reserved | _____ | _____ | _____ |
| 320 | Natt | May 8, 2019 Email from Natt to Castro | _____ | _____ | _____ |
| 321 | Natt | May 9, 2019 Email from Castro & Co. to Natt | _____ | _____ | _____ |

* The parties have stipulated that Government Exhibits 1-16, 21-27, 31-41, 46-55, 81-407, 434-466, and 467-480 are authentic and will not challenge thier admission under FRE 901(A).

| Ex. # | Sponsoring Witness | Description of Exhibit | Identified | Offered | Admitted |
|-------|--------------------|-----------------------|------------|---------|----------|
| 322 | Natt | July 29, 2021 Email from Natt to Castro & Co. | _____ | _____ | _____ |
| 323 | Natt | January 30, 2021 Email from Castro & Co. to Natt | _____ | _____ | _____ |
| 324 | Natt | Underlying documents provided by Natt (24 pages) | _____ | _____ | _____ |
| 325 | Ma | Tax Transcript for Natts for 2017 | _____ | _____ | _____ |

***Records related to Victim Ahmad Lampkin***

| Ex. # | Sponsoring Witness | Description of Exhibit | Identified | Offered | Admitted |
|-------|--------------------|-----------------------|------------|---------|----------|
| 326 | Lampkin | Lampkin 2017 Taxes, as filed by Castro (23 pages) | _____ | _____ | _____ |
| 327 | Lampkin | Lampkin Amended 2017 Taxes, as filed by Castro (9 pages) | _____ | _____ | _____ |
| 328 | Lampkin | Lampkin 2018 Taxes, as filed by Castro (31 pages) | _____ | _____ | _____ |
| 329 | Lampkin | Lampkin 2018 Amended Taxes, as filed by Castro (15 pages) | _____ | _____ | _____ |
| 330 | Lampkin | Form 14039 Identity Theft Form submitted by Lampkin (10 pages) | _____ | _____ | _____ |
| 331 | Lampkin | Form 14039 Identity Theft Form submitted by Lampkin (5 pages) | _____ | _____ | _____ |
| 332 | Lampkin | Form 14157-A Preparer Fraud Form submitted by Lampkin (37 pages) | _____ | _____ | _____ |
| 333 | Lampkin | Client info sheet for Lampkin for 2015 (4 pages) | _____ | _____ | _____ |
| 334 | Lampkin | 2017 Tax Interview Packet for Lampkin (33 pages) | _____ | _____ | _____ |
| 335 | Lampkin | 2018 Tax Interview Packet for Lampkin (30 pages) | _____ | _____ | _____ |
| 336 | Lampkin | 2017 Treasury Check Information System transactions (5 pages) | _____ | _____ | _____ |
| 337 | Lampkin | 2018 Treasury Check Information System transactions (7 pages) | _____ | _____ | _____ |
| 338 | Lampkin | 2019 Treasury Check Information System transactions (34 pages) | _____ | _____ | _____ |
| 339 | Lampkin | 2021 Treasury Check Information System transactions (5 pages) | _____ | _____ | _____ |
| 340 | Lampkin | AMS Transcript for Lampkin (18 pages) | _____ | _____ | _____ |
| 341 | Lampkin | June 14, 2016 Email from Lampkin to Castro (12:50 pm) | _____ | _____ | _____ |
| 342 | Lampkin | March 5, 2018 Email from Castro to Castro Employee (3:28 pm) | _____ | _____ | _____ |
| 343 | Lampkin | April 25, 2018 Email from Castro to Lampkin (10:36 pm) | _____ | _____ | _____ |
| 344 | Lampkin | September 5, 2018 Email from Castro Employee to Lampkin (10:42 am) | _____ | _____ | _____ |
| 345 | Lampkin | September 21, 2018 Email from Castro Employee to Castro (11:30 am) | _____ | _____ | _____ |
| 346 | Lampkin | March 30, 2019 Email from Lampkin to Castro Employee (3:17 pm) | _____ | _____ | _____ |
| 347 | Lampkin | May 31, 2019 Email Lampkin to Castro (6:02 pm) | _____ | _____ | _____ |

* The parties have stipulated that Government Exhibits 1-16, 21-27, 31-41, 46-55, 81-407, 434-466, and 467-480 are authentic and will not challenge thier admission under FRE 901(A).

| Ex. # | Sponsoring Witness | Description of Exhibit | Identified | Offered | Admitted |
|---|---|---|---|---|---|
| 348 | Lampkin | June 14, 2019 Email from Lampkin to Castro Employee (4:12 pm) | _____ | _____ | _____ |
| 349 | Lampkin | June 20, 2019 Email from Lampkin to Castro Employee (11:33 am) | _____ | _____ | _____ |
| 350 | Lampkin | June 20, 2019 Email from Lampkin to Castro (3:48 pm) | _____ | _____ | _____ |
| 351 | Lampkin | June 25, 2019 Email from Lampkin to Castro (10:59 pm) | _____ | _____ | _____ |
| 352 | Ma | Tax Transcript for Lampkin for 2018 | _____ | _____ | _____ |
| 353 | Ma | Tax Transcript for Lampkin for 2017 | _____ | _____ | _____ |

***Records related to Victim Fabio Ramos***

| Ex. # | Sponsoring Witness | Description of Exhibit | Identified | Offered | Admitted |
|---|---|---|---|---|---|
| 354 | Ramos | Ramos 2019 Taxes, as filed by Castro (78 pages) | (Admission stipulated by parties. *See* Dkt. No. 36.) | | |
| 355 | Ramos | Client Info Form for 2019 (3 pages) | (Admission stipulated by parties. *See* Dkt. No. 36.) | | |
| 356 | Ramos | Spreadsheet created by Ramos for business income and expenses | (Admission stipulated by parties. *See* Dkt. No. 36.) | | |
| 357 | Ramos | Spreadsheet created by Ramos for rental income and expenses | (Admission stipulated by parties. *See* Dkt. No. 36.) | | |
| 358 | Ramos | Written Summary provided by Ramos | (Admission stipulated by parties. *See* Dkt. No. 36.) | | |
| 359 | Ramos | July 7, 2020 Email from Castro & Co. to Ramos (11:59 am) | (Admission stipulated by parties. *See* Dkt. No. 36.) | | |
| 360 | Ramos | July 7, 2020 Email from Castro & Co. to Ramos (2:22 pm) | (Admission stipulated by parties. *See* Dkt. No. 36.) | | |
| 361 | Ramos | July 8, 2020 Email from Ramos to Castro & Co. (1:05 pm) | (Admission stipulated by parties. *See* Dkt. No. 36.) | | |
| 362 | Ramos | July 8, 2020 Email from Castro & Co. to Ramos (3:03 pm) | (Admission stipulated by parties. *See* Dkt. No. 36.) | | |
| 363 | Ramos | July 10, 2020 Email from Castro & Co. to Ramos (3:04 pm) | (Admission stipulated by parties. *See* Dkt. No. 36.) | | |
| 364 | Ramos | July 10, 2020 Email from Castro & Co. to Ramos (7:37 pm) | (Admission stipulated by parties. *See* Dkt. No. 36.) | | |
| 365 | Ramos | July 13, 2020 Email Castro & Co. to Ramos (3:41 pm) | (Admission stipulated by parties. *See* Dkt. No. 36.) | | |
| 366 | Ramos | July 13, 2020 Email from Castro & Co. to Ramos (5:38 pm) | (Admission stipulated by parties. *See* Dkt. No. 36.) | | |
| 367 | Ramos | July 28, 2020 Email from Castro & Co. to Ramos (1:47 am) | (Admission stipulated by parties. *See* Dkt. No. 36.) | | |
| 368 | Ramos | July 28, 2020 Email from Castro & Co. to Ramos (11:38 am) | (Admission stipulated by parties. *See* Dkt. No. 36.) | | |
| 369 | Ramos | July 29 and July 30 Email Exchange between Ramos and Castro | (Admission stipulated by parties. *See* Dkt. No. 36.) | | |
| 370 | Ramos | August 10, 2020 Email from Ramos to Castro (12:45 pm) | (Admission stipulated by parties. *See* Dkt. No. 36.) | | |
| 371 | Ramos | October 1, 2020 Email from Ramos to Castro & Co. (08:10 pm) | (Admission stipulated by parties. *See* Dkt. No. 36.) | | |
| 372 | Ramos | October 5, 2020 Email from Barnes to Ramos (11:31 am) | (Admission stipulated by parties. *See* Dkt. No. 36.) | | |
| 373 | Ramos | AI Tax Questionnaire for Ramos (9 pages) | (Admission stipulated by parties. *See* Dkt. No. 36.) | | |

\* The parties have stipulated that Government Exhibits 1-16, 21-27, 31-41, 46-55, 81-407, 434-466, and 467-480 are authentic and will not challenge thier admission under FRE 901(A).

| Ex. # | Sponsoring Witness | Description of Exhibit | Identified | Offered | Admitted |
|-------|--------------------|-----------------------|------------|---------|----------|
| 374 | Ramos | October 21, 2020 Email from Ramos to Barnes (3:12 pm) | (Admission stipulated by parties. *See* Dkt. No. 36.) | | |
| 375 | Ramos | November 6, 2020 Email from Ramos to Barnes (12:10 pm) | (Admission stipulated by parties. *See* Dkt. No. 36.) | | |
| 376 | N/A | Reserved | (Admission stipulated by parties. *See* Dkt. No. 36.) | | |
| 377 | Ramos | November 17, 2020 Email from Ramos to Castro & Co. (8:07 pm) | (Admission stipulated by parties. *See* Dkt. No. 36.) | | |
| 378 | Ramos | December 8, 2020 Email from Humphreys to Ramos (12:36 pm) | (Admission stipulated by parties. *See* Dkt. No. 36.) | | |
| 379 | Ramos | December 8, 2020 Email from Ramos to Humphreys (3:29 pm) | (Admission stipulated by parties. *See* Dkt. No. 36.) | | |
| 380 | Ramos | December 9, 2020 Email from Ramos to Barnes and Garza (8:56 am) | (Admission stipulated by parties. *See* Dkt. No. 36.) | | |
| 381 | Ramos | February 24, 2021 Email from Castro to Ramos and Garza (4:15 pm) | (Admission stipulated by parties. *See* Dkt. No. 36.) | | |
| 382 | Ramos | February 24, 2021 Email from Garza to Ramos (4:32 pm) | (Admission stipulated by parties. *See* Dkt. No. 36.) | | |
| 383 | Ramos | June 8, 2021 Email from Garza to Ramos (1:42 pm) | (Admission stipulated by parties. *See* Dkt. No. 36.) | | |
| 384 | Ramos | June 8, 2021 Email from Ramos to Garza (5:46 pm) | (Admission stipulated by parties. *See* Dkt. No. 36.) | | |
| 385 | Ramos | June 9, 2021 Email from Garza to Ramos (9:58 am) | (Admission stipulated by parties. *See* Dkt. No. 36.) | | |
| 386 | Ma | Tax Transcript for Ramos for 2019 | (Admission stipulated by parties. *See* Dkt. No. 36.) | | |

***Records related to Victims Federico and Justine Turatti***

| Ex. # | Sponsoring Witness | Description of Exhibit | Identified | Offered | Admitted |
|-------|--------------------|-----------------------|------------|---------|----------|
| 387 | Turatti | Turatti 2017 Taxes, as filed by Castro (62 pages) | (Admission stipulated by parties. *See* Dkt. No. 36.) | | |
| 388 | Turatti | Turatti 2018 Taxes, as filed by Castro (63 pages) | (Admission stipulated by parties. *See* Dkt. No. 36.) | | |
| 389 | Turatti | Turatti 2019 Taxes, as filed by Castro (41 pages) | (Admission stipulated by parties. *See* Dkt. No. 36.) | | |
| 390 | Turatti | Turatti 2017 Amended Taxes, as filed by Dichter (38 pages) | (Admission stipulated by parties. *See* Dkt. No. 36.) | | |
| 391 | Turatti | Turatti 2018 Amended Taxes, as filed by Dichter (21 pages) | (Admission stipulated by parties. *See* Dkt. No. 36.) | | |
| 392 | Turatti | Turatti 2019 Amended Taxes, as filed by Dichter (22 pages) | (Admission stipulated by parties. *See* Dkt. No. 36.) | | |
| 393 | Turatti | 2017 Tax Proposal dated February 25, 2018 (2 pages) | (Admission stipulated by parties. *See* Dkt. No. 36.) | | |
| 394 | Turatti | 2017 Tax Revised Proposal dated February 26, 2018 (2 pages) | (Admission stipulated by parties. *See* Dkt. No. 36.) | | |
| 395 | Turatti | Second version of 2017 Tax Revised Proposal dated February 26, 2018 (2 pages) | (Admission stipulated by parties. *See* Dkt. No. 36.) | | |
| 396 | Turatti | 2018 Tax Proposal (2 pages) | (Admission stipulated by parties. *See* Dkt. No. 36.) | | |
| 397 | Turatti | 2019 Tax Proposal (2 pages) | (Admission stipulated by parties. *See* Dkt. No. 36.) | | |
| 398 | Turatti | 2017 Client Info form for Turatti (3 pages) | (Admission stipulated by parties. *See* Dkt. No. 36.) | | |
| 399 | Turatti | 2017 Tax Interview packet for Turatti (33 pages) | (Admission stipulated by parties. *See* Dkt. No. 36.) | | |

* The parties have stipulated that Government Exhibits 1-16, 21-27, 31-41, 46-55, 81-407, 434-466, and 467-480 are authentic and will not challenge thier admission under FRE 901(A).

| Ex. # | Sponsoring Witness | Description of Exhibit | Identified | Offered | Admitted |
|-------|-------------------|----------------------|------------|---------|----------|
| 400 | Turatti | 2018 Tax Interview packet for Turatti (29 pages) | (Admission stipulated by parties. *See* Dkt. No. 36.) | | |
| 401 | Turatti | 2019 AI Tax Interview for Turatti (22 pages) | (Admission stipulated by parties. *See* Dkt. No. 36.) | | |
| 402 | Turatti | February 26, 2018 Email from Castro to Turatti (3:59 pm) | (Admission stipulated by parties. *See* Dkt. No. 36.) | | |
| 403 | Turatti | February 26, 2018 Email from Castro to Turatti (8:43 pm) | (Admission stipulated by parties. *See* Dkt. No. 36.) | | |
| 404 | Turatti | June 5, 2018 Email from Castro to Turatti (1:02 pm) | (Admission stipulated by parties. *See* Dkt. No. 36.) | | |
| 405 | Ma | Tax Transcript for Turattis for 2017 | (Admission stipulated by parties. *See* Dkt. No. 36.) | | |
| 406 | Ma | Tax Transcript for Turattis for 2018 | (Admission stipulated by parties. *See* Dkt. No. 36.) | | |
| 407 | Ma | Tax Transcript for Turattis for 2019 | (Admission stipulated by parties. *See* Dkt. No. 36.) | | |

***Business Record Certifications***

| Ex. # | Sponsoring Witness | Description of Exhibit | Identified | Offered | Admitted |
|-------|-------------------|----------------------|------------|---------|----------|
| 408 | Ma | Bank of America for Account 4868 | | | |
| 409 | Ma | Chase Master Certification | | | |
| 410 | Ma | CCH | | | |
| 411 | Ma | Charter Communications | | | |
| 412 | N/A | Reserved | | | |
| 413 | Ma | Texas A&M International University | | | |
| 414 | Ma | Georgetown University Law Center | | | |
| 415 | Ma | SmartVault | | | |
| 416 | N/A | Reserved | | | |
| 417 | N/A | Reserved | | | |
| 418 | N/A | Reserved | | | |
| 419 | Ma | Chase Account 5976 Transactions (December 2018 – July 2020) | | | |
| 420 | Ma | Chase Account 1797 (April 2018) | | | |
| 421 | Ma | Chase Account 1797 Transactions (December 2018 – August 2020) | | | |
| 422 | N/A | Reserved | | | |
| 423 | N/A | Reserved | | | |
| 424 | Ma | Chase Account 1382 Transactions (December 2018 – July 2020) | | | |
| 425 | N/A | Reserved | | | |

* The parties have stipulated that Government Exhibits 1-16, 21-27, 31-41, 46-55, 81-407, 434-466, and 467-480 are authentic and will not challenge thier admission under FRE 901(A).

| Ex. # | Sponsoring Witness | Description of Exhibit | Identified | Offered | Admitted |
|-------|-----|-----|-----|-----|-----|
| 426 | Ma | Chase Account 6632 Transactions (October 2018 – September 2020) | _____ | _____ | _____ |
| 427 | N/A | Reserved | _____ | _____ | _____ |
| 428 | Ma | Chase Account 8072 Transactions (December 2018 – April 2020) | _____ | _____ | _____ |
| 429 | N/A | Reserved | _____ | _____ | _____ |
| 430 | Ma | Chase Account 3116 Transactions (December 2018 – July 2020) | _____ | _____ | _____ |
| 431 | N/A | Reserved | _____ | _____ | _____ |
| 432 | N/A | Reserved | _____ | _____ | _____ |
| 433 | Ma | Chase Account 3055 Transactions (December 2018 – August 2020) | _____ | _____ | _____ |

***Accountant Version of Taxes from Castro Software***

| Ex. # | Sponsoring Witness | Description of Exhibit | Identified | Offered | Admitted |
|-------|-----|-----|-----|-----|-----|
| 434 | Jackson | Jackson 2017 Taxes (Accountant Version from Castro software) | _____ | _____ | _____ |
| 435 | Clayton | Clayton 2017 Taxes (Accountant Version from Castro software) | _____ | _____ | _____ |
| 436 | Boggs | Boggs 2017 Taxes (Accountant Version from Castro software) | _____ | _____ | _____ |
| 437 | Boggs | Boggs 2018 Taxes (Accountant Version from Castro software) | _____ | _____ | _____ |
| 438 | Boggs | Boggs 2019 Taxes (Accountant Version from Castro software) | _____ | _____ | _____ |
| 439 | Rivera | Rivera 2017 Taxes (Accountant Version from Castro software) | _____ | _____ | _____ |
| 440 | Rivera | Rivera 2018 Taxes (Accountant Version from Castro software) | _____ | _____ | _____ |
| 441 | Rivera | Rivera 2019 Taxes (Accountant Version from Castro software) | _____ | _____ | _____ |
| 442 | Karavangelos | Karavangelos 2017 Taxes (Accountant Version from Castro software) | _____ | _____ | _____ |
| 443 | Karavangelos | Karavangelos 2018 Taxes (Accountant Version from Castro software) | _____ | _____ | _____ |
| 444 | Karavangelos | Karavangelos 2019 Taxes (Accountant Version from Castro software) | _____ | _____ | _____ |
| 445 | Ragsdale | Ragsdale 2017 Taxes (Accountant Version from Castro software) | _____ | _____ | _____ |
| 446 | Ragsdale | Ragsdale 2018 Taxes (Accountant Version from Castro software) | _____ | _____ | _____ |
| 447 | Ragsdale | Ragsdale 2019 Taxes (Accountant Version from Castro software) | _____ | _____ | _____ |
| 448 | Sola | Sola 2017 Taxes (Accountant Version from Castro software) | _____ | _____ | _____ |
| 449 | Sola | Sola 2018 Taxes (Accountant Version from Castro software) | _____ | _____ | _____ |
| 450 | Sola | Sola 2019 Taxes (Accountant Version from Castro software) | _____ | _____ | _____ |
| 451 | Zilinski | Zilinski 2017 Taxes (Accountant Version from Castro software) | _____ | _____ | _____ |

* The parties have stipulated that Government Exhibits 1-16, 21-27, 31-41, 46-55, 81-407, 434-466, and 467-480 are authentic and will not challenge thier admission under FRE 901(A).

| Ex. # | Sponsoring Witness | Description of Exhibit | Identified | Offered | Admitted |
|-------|-------|-----------------------|------------|---------|----------|
| 452 | Zilinski | Zilinski 2018 Taxes (Accountant Version from Castro software) | _____ | _____ | _____ |
| 453 | Zilinski | Zilinski 2019 Taxes (Accountant Version from Castro software) | _____ | _____ | _____ |
| 454 | Meyer | Meyer 2017 Taxes (Accountant Version from Castro software) | _____ | _____ | _____ |
| 455 | Wells | Wells 2017 Taxes (Accountant Version from Castro software) | _____ | _____ | _____ |
| 456 | Wells | Wells 2018 Taxes (Accountant Version from Castro software) | _____ | _____ | _____ |
| 457 | Wells | Wells 2019 Taxes (Accountant Version from Castro software) | _____ | _____ | _____ |
| 458 | Quigley | Quigley 2017 Taxes (Accountant Version from Castro software) | _____ | _____ | _____ |
| 459 | Putica | Putica 2019 Taxes (Accountant Version from Castro software) | _____ | _____ | _____ |
| 460 | Natt | Natt 2017 Taxes (Accountant Version from Castro software) | _____ | _____ | _____ |
| 461 | Lampkin | Lampkin 2017 Taxes (Accountant Version from Castro software) | _____ | _____ | _____ |
| 462 | Lampkin | Lampkin 2018 Taxes (Accountant Version from Castro software) | _____ | _____ | _____ |
| 463 | Ramos | Ramos 2019 Taxes (Accountant Version from Castro software) | _____ | _____ | _____ |
| 464 | Turatti | Turatti 2017 Taxes (Accountant Version from Castro software) | _____ | _____ | _____ |
| 465 | Turatti | Turatti 2018 Taxes (Accountant Version from Castro software) | _____ | _____ | _____ |
| 466 | Turatti | Turatti 2019 Taxes (Accountant Version from Castro software) | _____ | _____ | _____ |

***Additional Bank Records***

| Ex. # | Sponsoring Witness | Description of Exhibit | Identified | Offered | Admitted |
|-------|-------|-----------------------|------------|---------|----------|
| 467 | Ma | Chase Account 5036 (April 2018) | _____ | _____ | _____ |
| 468 | Ma | Treasury Check Information System Payments Details for Karavangelos | _____ | _____ | _____ |
| 469 | Ma | Chase Account 1382 (May 2018) | _____ | _____ | _____ |
| 470 | Ma | Chase Account 1382 Transactions (December 2018 – July 2020) | _____ | _____ | _____ |
| 471 | Ma | Chase Account 6632 (March 2018) | _____ | _____ | _____ |
| 472 | Ma | Chase Account 6632 Transactions (October 2018 – September 2020) | _____ | _____ | _____ |
| 473 | Ma | Chase Account 8072 (April 2018) | _____ | _____ | _____ |
| 474 | Ma | Chase Account 8072 Transactions (December 2018 – April 2020) | _____ | _____ | _____ |
| 475 | Ma | Chase Account 3116 (April 2018) | _____ | _____ | _____ |
| 476 | Ma | Chase Account 3116 Transactions (December 2018 – July 2020) | _____ | _____ | _____ |
| 477 | Ma | Chase Account 5985 (March 2018) | _____ | _____ | _____ |

* The parties have stipulated that Government Exhibits 1-16, 21-27, 31-41, 46-55, 81-407, 434-466, and 467-480 are authentic and will not challenge thier admission under FRE 901(A).

| Ex. # | Sponsoring Witness | Description of Exhibit | Identified | Offered | Admitted |
|-------|--------------------|-----------------------|------------|---------|----------|
| 478 | Ma | Chase Account 5901 (September 2020) | _____ | _____ | _____ |
| 479 | Ma | Treasury Check Information System Payment Details for Ramos (2020 & 2021) | _____ | _____ | _____ |
| 480 | Ma | Chase Account 3055 Transactions (December 2018 – August 2020) | _____ | _____ | _____ |

Respectfully submitted,

*/s/  P.J. Meitl*

P.J. MEITL

Virginia Bar No. 73215

Assistant United States Attorney

801 Cherry Street, 17th Floor

Dallas, Texas 75242-1699

Telephone: 214.659.8680

Email: philip.meitl@usdoj.gov

\* The parties have stipulated that Government Exhibits 1-16, 21-27, 31-41, 46-55, 81-407, 434-466, and 467-480 are authentic and will not challenge thier admission under FRE 901(A).