IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOHN ANTHONY CASTRO (01) | CRIMINAL NO. 4:24-CR-001-Y |

**GOVERNMENT'S NOTICE OF INTENT TO
OFFER EVIDENCE PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)**

The government hereby notifies the defendants of the government's intent to introduce business records by affidavit or declaration under Rules 803(6) and 902(11) of the Federal Rules of Evidence as follows:

1. Records from Texas A&M, being identified as Government Exhibit 4. The corresponding affidavit or declaration is marked as Government Exhibit No. 413. All of these records have been produced to the defense.

2. Records from Georgetown University Law Center, being identified as Government Exhibit 6. The corresponding affidavit or declaration is marked as Government Exhibit No. 414. All of these records have been produced to the defense.

3. Records from CCH, being identified as Government Exhibit 24. The corresponding affidavit or declaration is marked as Government Exhibit No. 410. All of these records have been produced to the defense.

4. Records from Bank of America, being identified as Government Exhibits 46 and 47. The corresponding affidavit or declaration is marked as Government Exhibit No. 408. All of these records have been produced to the defense.

5. Records from Chase Bank, being identified as Government Exhibits 48, 49, 50, 51, 52, 54, 467-479. The corresponding affidavit or declaration is marked as Government Exhibit No. 409. All of these records have been produced to the defense.

6. Records from Chase Bank, being identified as Government Exhibit 53. The corresponding affidavit or declaration is marked as Government Exhibit No. 419. All of these records have been produced to the defense.

7. Records from Chase Bank, being identified as Government Exhibit 54. The corresponding affidavit or declaration is marked as Government Exhibit No. 420. All of these records have been produced to the defense.

8. Records from Chase Bank, being identified as Government Exhibit 55. The corresponding affidavit or declaration is marked as Government Exhibit No. 421. All of these records have been produced to the defense.

9. Records from Chase Bank, being identified as Government Exhibit 470. The corresponding affidavit or declaration is marked as Government Exhibit No. 424. All of these records have been produced to the defense.

10. Records from Chase Bank, being identified as Government Exhibit 472. The corresponding affidavit or declaration is marked as Government Exhibit No. 426. All of these records have been produced to the defense.

11. Records from Chase Bank, being identified as Government Exhibit 474. The corresponding affidavit or declaration is marked as Government Exhibit No. 428. All of these records have been produced to the defense.

12. Records from Chase Bank, being identified as Government Exhibit 476. The corresponding affidavit or declaration is marked as Government Exhibit No. 430. All of these records have been produced to the defense.

13. Records from Chase Bank, being identified as Government Exhibit 480. The corresponding affidavit or declaration is marked as Government Exhibit No. 433. All of these records have been produced to the defense.

Respectfully submitted,

LEIGHA SIMONTON
UNITED STATES ATTORNEY

/s/ P.J. Meitl
P.J. MEITL
Virginia Bar No. 73215
Assistant United States Attorney
801 Cherry Street, 17th Floor
Dallas, Texas 75242-1699
Telephone: 214.659.8680
Email: philip.meitl@usdoj.gov