IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CRIMINAL ACTION NO. |
| | § | 4:24-CR-00001-Y-1 |
| JOHN ANTHONY CASTRO, | § | |
| | § | |
| Defendant. | § | |

## DEFENDANT'S WITNESS LIST

John Castro, by and through counsel, discloses witnesses designated to testify for the defense.

1. John Castro
2. Joshua Scott Milam
3. Alfonso Isai Garza
4. Ismael Garza
5. David Obed Garza
6. Alexander Dominic Gomez
7. Mo Iqbal

Dated: May 14, 2024

Respectfully submitted,

By: */s/ Jason B. Freeman*

Jason B. Freeman
TX Bar No. 24069736
FREEMAN LAW, PLLC
7011 Main Street
Frisco, Texas 75034
Tel.: 214.984.3410
Fax: 214.984.3409
jason@freemanlaw.com

1

By: */s/Franklyn Mickelsen*

Franklyn Mickelsen
TX Bar No. 14011020
Broden & Mickelsen
2600 State Street
Dallas, Texas 75204
(214) 720-9552
(214) 720-9594 (facsimile)
mick@texascrimlaw.com

**ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing motion was served on all counsel of record via CM/ECF, on this 14th day of May 2024.

*/s/Jason B. Freeman*

2