United States District Court
Northern District of Texas
*Ft. Worth Division*

**FILED**
May 16, 2024
KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

## MINUTE ORDER - PRETRIAL CONFERENCE

JUDGE: Terry R. Means

DEPUTY: Michelle Moon

COURT REPORTER: Debbie Saenz

Case No.: 4:24-CR-001-Y U.S.A. v. John Anthony Castro

Date Held: May 16, 2024

Time in Court: 33 min.

Hearing Concluded: ☒ Yes   ☐ No

Defense Counsel:

Franklyn R. Mickelsen, Retained
Jason B. Freeman, Retained

Counsel for USA:

P. J. Meitl, AUSA
Nancy E. Larson, AUSA

OTHER INFORMATION:

Bench trial to commence at 1:30 p.m., May 20, 2024.