IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOHN ANTHONY CASTRO (01) | CRIMINAL NO.  4:24-CR-001-Y |

## **AGREED STIPULATIONS OF EVIDENCE**

The United States Attorney for the Northern District of Texas (the government) and the defendant, John Anthony Castro, agree to stipulate to the following issues for trial.

### **Stipulation No. 4**

The parties stipulate to the admission of Government Exhibits 81, 171-173, 246, 282, 297-298, 326-329, and 434-466.

**Agreed Stipulations of Evidence - Page 1**

LEIGHA SIMONTON
UNITED STATES ATTORNEY

*/s/ P.J. Meitl*
P.J. MEITL
Virginia Bar No. 73215
Assistant United States Attorney
801 Cherry Street, 17th Floor
Dallas, Texas 75242-1699
Telephone: 214.659.8680
Email: philip.meitl@usdoj.gov

**Counsel for the United States**

*/s/ Jason Freeman*
Jason B. Freeman, JD, CPA
Freeman Law
7011 Main Street
Frisco, Texas 75034
Texas State Bar No. 24069736
Telephone:  214-984-3410
Email: jason@freemanlaw.com

**Counsel for the Defendant, John Castro**

## CERTIFICATE OF SERVICE

On May 17, 2024, I electronically submitted the following document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court.  I hereby certify that I have served all counsel and/or pro se parties of record electronically or by another manner authorized by Federal Rule of Criminal Procedure 49(b).

*/s/ P.J. Meitl*
P.J. Meitl
Assistant United States Attorney