MO-2 (3/07)

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### Fort Worth DIVISION

HONORABLE: Terry R. Means, Presiding
DEPUTY CLERK: Michelle Moon
COURT REPORTER: Debbie Saenz
LAW CLERK: Cheryl Raper
USPO: 
INTERPRETER: 

UNITED STATES OF AMERICA
CR. No. 4:24-CR-001-Y  (1)
P. J. Meitl, Nancy Larson  AUSA
Case Agent: 

v.

JOHN ANTHONY CASTRO
Defendant(s) Name and Number(s)

Counsel for Deft(s) Appt-(A), Retd-(R), FPD-(F):
Franklyn Mickelsen, (R), Jason B. Freeman (R)

**1st DAY OF** ☐ JURY ☒ BENCH TRIAL

Date Held: 5-20-24
Time in Court: 2 hrs. 42 m.
Trial as to Counts: 1 through 33

Trial Status:
☐ Completed by Jury Verdict  ☐ Continued from Previous Month  ☐ Directed Verdict  ☒ Evidence Entered
☐ Hung Jury  ☐ Jury Selection Only, continued  ☐ Jury Selection or Verdict Only (No Trial Before this Judge)
☐ Mistrial  ☐ Settled/Guilty Plea

Days in Trial: 1
Hearing Concluded: ☐ Yes ☒ No

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAY 20 2024
CLERK, U.S. DISTRICT COURT
By_____ Deputy

☐ Deft. _____ failed to appear, bench warrant to issue.
☐ Pretrial Conference held prior to trial.
☐ Voir dire begins.  ☒ Bench trial begins.  ☐ Waiver of Jury Trial.
☐ Jury impaneled.  ☐ Jury selected  ☐ Jury sworn
☐ Jury trial held.  ☒ Bench trial held.
☒ Govt  ☐ Deft evidence presented.
☐ Deft _____ motion for _____ ☐ granted ☐ denied ☐ moot.
☐ Govt motion for _____ ☐ granted ☐ denied.
☐ Deft _____ motion _____ taken under advisement.
☐ Deft _____ motion _____ ☐ granted ☐ denied.
☐ Evidence concluded.
☐ Final arguments. ☐ ....Court deliberating.
☐ Court's charge to the jury.
☐ Jury deliberating. ☐ ....Jury questions filed.
☐ Jury verdict Rendered (See Verdict Form).
☐ Court verdict Rendered (See Verdict Form).
☐ Jury trial ends.
☐ Order for PSI, Disclosure and Sentencing dates entered.
☐ Sentencing set for _____ at _____.
☒ Bond ☒ continued  ☐ revoked
☐ Deft bond set to $_____ ☐ Cash ☐ Surety ☐ 10% ☐ PR.
☐ Defendant Custody/Detention continued.
☐ Defendant REMANDED to custody.

STATUS OF EXHIBITS: In possession of the parties.
OTHER PROCEEDINGS: 

Adjourned until, 9:30 a.m., May 21, 2024