**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
_____Fort Worth_____ **DIVISION**

HONORABLE _____Terry R. Means_____, Presiding
DEPUTY CLERK: _____Michelle Moon_____   COURT REPORTER: _____Debbie Saenz_____
LAW CLERK _____Cheryl Raper_____   USPO _____
INTERPRETER _____

UNITED STATES OF AMERICA   CR. No. _____4:24-CR-001-Y_____ ( 1 ) _____P. J. Meitl, Nancy Larson_____ AUSA
v.                                                              _____ Case Agent

JOHN ANTHONY CASTRO                                             Franklyn Mickelsen, (R), Jason B. Freeman (R)
Defendant(s) Name and Number(s)                                  Counsel for Deft(s) Appt-(A), Retd-(R), FPD-(F)

_____2nd_____ **DAY OF** ☐ **JURY** ☒ **BENCH TRIAL**

Date Held: _5-21-24_
Time in Court: _5 hrs. 11 m._
Trial as to Counts: _1 through 33 of indictment_

Trial Status:  ☐ Completed by Jury Verdict  ☐ Continued from Previous Month  ☐ Directed Verdict  ☒ Evidence Entered
☐ Hung Jury  ☐ Jury Selection Only, continued  ☐ Jury Selection or Verdict Only (No Trial Before this Judge)
☐ Mistrial  ☐ Settled/Guilty Plea

Days in Trial: _2_
Hearing Concluded: ☐ Yes ☒ No

**FILED**
**May 21, 2024**
KAREN MITCHELL
CLERK, U.S. DISTRICT
COURT

☐ Deft._____ failed to appear, bench warrant to issue.
☐ Pretrial Conference held prior to trial.
☐ Voir dire begins.    ☐ Bench trial begins.    ☐ Waiver of Jury Trial.
☐ Jury impaneled.  ☐ Jury selected  ☐ Jury sworn
☐ Jury trial held.    ☒ . . . . . . Bench trial held.
☒ Govt  ☐ Deft evidence presented.
☐ Deft _____ motion for _____ ☐ granted ☐ denied ☐ moot.
☐ Govt motion for _____ ☐ granted ☐ denied.
☐ Deft _____ motion _____ taken under advisement.
☐ Deft _____ motion _____ ☐ granted ☐ denied.
☐ Evidence concluded.
☐ Final arguments.  ☐ . . . .Court deliberating.
☐ Court's charge to the jury.
☐ Jury deliberating.  ☐ . . . .Jury questions filed.
☐ Jury verdict Rendered (See Verdict Form).
☐ Court verdict Rendered (See Verdict Form).
☐ Jury trial ends.
☐ Order for PSI, Disclosure and Sentencing dates entered.
☐ Sentencing set for _____ at _____ .
☒ Bond ☒ continued  ☐ revoked
☐ Deft bond set to $ _____  ☐ Cash ☐ Surety ☐ 10% ☐ PR.
☐ Defendant Custody/Detention continued.
☐ Defendant REMANDED to custody.

STATUS OF EXHIBITS: In possession of the _parties._
OTHER PROCEEDINGS: _____

Adjourned until. _9:30 a.m., May 22, 2024_