# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### Fort Worth DIVISION

HONORABLE **Terry R. Means**, Presiding
DEPUTY CLERK: Michelle Moon      COURT REPORTER: Debbie Saenz
LAW CLERK: Adam Skrzecz          USPO:
INTERPRETER:

---

UNITED STATES OF AMERICA             CR. No. 4:24-CR-001-Y  ( 1 )   P. J. Meitl, Nancy Larson — AUSA
v.                                                                   _____ Case Agent

JOHN ANTHONY CASTRO                                                  Franklyn Mickelsen, (R), Jason B. Freeman (R)
Defendant(s) Name and Number(s)                                      Counsel for Deft(s) Appt-(A), Retd-(R), FPD-(F)

---

**3rd DAY OF** ☐ JURY ☒ BENCH TRIAL

Date Held: 5-22-24
Time in Court: 5 hrs. 21 m.
Trial as to Counts: 1 through 33 of indictment

Trial Status:
☐ Completed by Jury Verdict  ☐ Continued from Previous Month  ☐ Directed Verdict  ☒ Evidence Entered
☐ Hung Jury  ☐ Jury Selection Only, continued  ☐ Jury Selection or Verdict Only (No Trial Before this Judge)
☐ Mistrial  ☐ Settled/Guilty Plea

Days in Trial: 3
Hearing Concluded: ☐ Yes  ☒ No

**FILED**
**May 22, 2024**
KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

☐ Deft. _____ failed to appear, bench warrant to issue.
☐ Pretrial Conference held prior to trial.
☐ Voir dire begins.   ☐ Bench trial begins.   ☐ Waiver of Jury Trial.
☐ Jury impaneled.  ☐ Jury selected  ☐ Jury sworn
☐ Jury trial held.   ☒ . . . . . . Bench trial held.
☒ Govt  ☒ Deft evidence presented.
☒ Deft Rule 29 _____ motion for judgment of acquittal  ☐ granted  ☒ denied  ☐ moot.
☐ Govt motion for _____ ☐ granted  ☐ denied.
☐ Deft _____ motion _____ taken under advisement.
☐ Deft _____ motion _____ ☐ granted  ☐ denied.
☐ Evidence concluded.
☐ Final arguments.  ☐ . . . .Court deliberating.
☐ Court's charge to the jury.
☐ Jury deliberating.  ☐ . . . .Jury questions filed.
☐ Jury verdict Rendered (See Verdict Form).
☐ Court verdict Rendered (See Verdict Form).
☐ Jury trial ends.
☐ Order for PSI, Disclosure and Sentencing dates entered.
☐ Sentencing set for _____ at _____ .
☒ Bond  ☒ continued   ☐ revoked
☐ Deft bond set to $ _____   ☐ Cash  ☐ Surety  ☐ 10%  ☐ PR.
☐ Defendant Custody/Detention continued.
☐ Defendant REMANDED to custody.

STATUS OF EXHIBITS: In possession of the parties.
OTHER PROCEEDINGS: _____

Adjourned until: 9:30 a.m., May 23, 2024