MO-2 (3/07)

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### Fort Worth DIVISION

HONORABLE: Terry R. Means, Presiding
DEPUTY CLERK: Michelle Moon
COURT REPORTER: Debbie Saenz
LAW CLERK: Adam Skrzecz
USPO:
INTERPRETER:

UNITED STATES OF AMERICA
v.
CR. No. 4:24-CR-001-Y (1)
P. J. Meitl, Nancy Larson  AUSA
Case Agent

JOHN ANTHONY CASTRO
Defendant(s) Name and Number(s)
Franklyn Mickelsen, (R), Jason B. Freeman (R)
Counsel for Deft(s) Appt-(A), Retd-(R), FPD-(F)

**4th DAY OF** ☐ JURY ☒ BENCH TRIAL

Date Held: 5-23-24
Time in Court: 5 hrs. 18 m.
Trial as to Counts: 1 through 33 of indictment

Trial Status:
☐ Completed by Jury Verdict ☐ Continued from Previous Month ☐ Directed Verdict ☒ Evidence Entered
☐ Hung Jury ☐ Jury Selection Only, continued ☐ Jury Selection or Verdict Only (No Trial Before this Judge)
☐ Mistrial ☐ Settled/Guilty Plea

Days in Trial: 4
Hearing Concluded: ☐ Yes ☒ No

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAY 23 2024
CLERK, U.S. DISTRICT COURT
By_____ Deputy

☐ Deft. _____ failed to appear, bench warrant to issue.
☐ Pretrial Conference held prior to trial.
☐ Voir dire begins.  ☐ Bench trial begins.  ☐ Waiver of Jury Trial.
☐ Jury impaneled.  ☐ Jury selected  ☐ Jury sworn
☐ Jury trial held.  ☒ ...... Bench trial held.
☐ Govt ☒ Deft evidence presented.
☐ Deft _____ motion for _____ ☐ granted ☐ denied ☐ moot.
☐ Govt motion for _____ ☐ granted ☐ denied.
☐ Deft _____ motion _____ taken under advisement.
☐ Deft _____ motion _____ ☐ granted ☐ denied.
☒ Evidence concluded.
☐ Final arguments.  ☐ ....Court deliberating.
☐ Court's charge to the jury.
☐ Jury deliberating.  ☐ ....Jury questions filed.
☐ Jury verdict Rendered (See Verdict Form).
☐ Court verdict Rendered (See Verdict Form).
☐ Jury trial ends.
☐ Order for PSI, Disclosure and Sentencing dates entered.
☐ Sentencing set for _____ at _____ .
☒ Bond ☒ continued ☐ revoked
☐ Deft bond set to $_____ ☐ Cash ☐ Surety ☐ 10% ☐ PR.
☐ Defendant Custody/Detention continued.
☐ Defendant REMANDED to custody.

STATUS OF EXHIBITS: In possession of the parties.
OTHER PROCEEDINGS:

Adjourned until: 9:30 a.m., May 24, 2024