# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### Fort Worth DIVISION

HONORABLE **Terry R. Means**, Presiding
DEPUTY CLERK: Michelle Moon    COURT REPORTER: Debbie Saenz
LAW CLERK: Adam Skrzecz    USPO:
INTERPRETER:

---

UNITED STATES OF AMERICA    CR. No. **4:24-CR-001-Y** ( 1 )    P. J. Meitl, Nancy Larson — AUSA
v.    Case Agent:

JOHN ANTHONY CASTRO    Franklyn Mickelsen, (R), Jason B. Freeman (R)
Defendant(s) Name and Number(s)    Counsel for Deft(s) Appt-(A), Retd-(R), FPD-(F)

---

**5th DAY OF** ☐ JURY ☒ BENCH TRIAL

Date Held: 5-24-24
Time in Court: 1 hr. 14 m.
Trial as to Counts: 1 through 33 of indictment

Trial Status:
☒ Completed by Jury Verdict ☐ Continued from Previous Month ☐ Directed Verdict ☐ Evidence Entered
☐ Hung Jury ☐ Jury Selection Only, continued ☐ Jury Selection or Verdict Only (No Trial Before this Judge)
☐ Mistrial ☐ Settled/Guilty Plea

Days in Trial: 5
Hearing Concluded: ☒ Yes ☐ No

**FILED**
**May 24, 2024**
KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

- ☐ Deft. _____ failed to appear, bench warrant to issue.
- ☐ Pretrial Conference held prior to trial.
- ☐ Voir dire begins. ☐ Bench trial begins. ☐ Waiver of Jury Trial.
- ☐ Jury impaneled. ☐ Jury selected ☐ Jury sworn
- ☐ Jury trial held. ☒ ...... Bench trial held.
- ☐ Govt ☐ Deft evidence presented.
- ☐ Deft _____ motion for _____ ☐ granted ☐ denied ☐ moot.
- ☐ Govt motion for _____ ☐ granted ☐ denied.
- ☐ Deft _____ motion _____ taken under advisement.
- ☐ Deft _____ motion _____ ☐ granted ☐ denied.
- ☐ Evidence concluded.
- ☒ Final arguments. ☒ ....Court deliberating.
- ☐ Court's charge to the jury.
- ☐ Jury deliberating. ☐ ....Jury questions filed.
- ☐ Jury verdict Rendered (See Verdict Form).
- ☒ Court verdict Rendered (See Verdict Form).
- ☐ Jury trial ends.
- ☐ Order for PSI, Disclosure and Sentencing dates entered.
- ☐ Sentencing set for _____ at _____ .
- ☐ Bond ☐ continued ☐ revoked
- ☐ Deft bond set to $ _____ ☐ Cash ☐ Surety ☐ 10% ☐ PR.
- ☐ Defendant Custody/Detention continued.
- ☒ Defendant REMANDED to custody.

STATUS OF EXHIBITS: In possession of the CRD.
OTHER PROCEEDINGS: Defendant guilty on counts 1 through 33 of the indictment. Sentencing set for September 17, 2024, at 10:00 a.m.

Adjourned until: