IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

MAY 2 4 2024

CLERK, U.S. DISTRICT COURT
By_____
          Deputy

UNITED STATES OF AMERICA

v.

JOHN ANTHONY CASTRO

CRIMINAL NO.  4:24-CR-001-Y

## VERDICT OF THE COURT

The Court finds the defendant, John Anthony Castro:

_____Guilty_____ as to Count 1 of the Indictment, Aiding and Abetting in the Preparation and Presentation of a False or Fraudulent Return.

_____Guilty_____ as to Count 2 of the Indictment, Aiding and Abetting in the Preparation and Presentation of a False or Fraudulent Return.

_____Guilty_____ as to Count 3 of the Indictment, Aiding and Abetting in the Preparation and Presentation of a False or Fraudulent Return.

_____Guilty_____ as to Count 4 of the Indictment, Aiding and Abetting in the Preparation and Presentation of a False or Fraudulent Return.

_____Guilty_____ as to Count 5 of the Indictment, Aiding and Abetting in the Preparation and Presentation of a False or Fraudulent Return.

_____Guilty_____ as to Count 6 of the Indictment, Aiding and Abetting in the Preparation and Presentation of a False or Fraudulent Return.

_____Guilty_____ as to Count 7 of the Indictment, Aiding and Abetting in the Preparation and Presentation of a False or Fraudulent Return.

_____Guilty_____ as to Count 8 of the Indictment, Aiding and Abetting in the Preparation and Presentation of a False or Fraudulent Return.

_____Guilty_____ as to Count 9 of the Indictment, Aiding and Abetting in the Preparation and Presentation of a False or Fraudulent Return.

_____Guilty_____ as to Count 10 of the Indictment, Aiding and Abetting in the Preparation and Presentation of a False or Fraudulent Return.

_____Guilty_____ as to Count 11 of the Indictment, Aiding and Abetting in the Preparation and Presentation of a False or Fraudulent Return.

_____Guilty_____ as to Count 12 of the Indictment, Aiding and Abetting in the Preparation and Presentation of a False or Fraudulent Return.

_____Guilty_____ as to Count 13 of the Indictment, Aiding and Abetting in the Preparation and Presentation of a False or Fraudulent Return.

_____Guilty_____ as to Count 14 of the Indictment, Aiding and Abetting in the Preparation and Presentation of a False or Fraudulent Return.

_____Guilty_____ as to Count 15 of the Indictment, Aiding and Abetting in the Preparation and Presentation of a False or Fraudulent Return.

_____Guilty_____ as to Count 16 of the Indictment, Aiding and Abetting in the Preparation and Presentation of a False or Fraudulent Return.

_____Guilty_____ as to Count 17 of the Indictment, Aiding and Abetting in the Preparation and Presentation of a False or Fraudulent Return.

_____Guilty_____ as to Count 18 of the Indictment, Aiding and Abetting in the Preparation and Presentation of a False or Fraudulent Return.

_____Guilty_____ as to Count 19 of the Indictment, Aiding and Abetting in the Preparation and Presentation of a False or Fraudulent Return.

_____Guilty_____ as to Count 20 of the Indictment, Aiding and Abetting in the Preparation and Presentation of a False or Fraudulent Return.

_____Guilty_____ as to Count 21 of the Indictment, Aiding and Abetting in the Preparation and Presentation of a False or Fraudulent Return.

_____Guilty_____ as to Count 22 of the Indictment, Aiding and Abetting in the Preparation and Presentation of a False or Fraudulent Return.

_____Guilty_____ as to Count 23 of the Indictment, Aiding and Abetting in the Preparation and Presentation of a False or Fraudulent Return.

_____Guilty_____ as to Count 24 of the Indictment, Aiding and Abetting in the Preparation and Presentation of a False or Fraudulent Return.

_____Guilty_____ as to Count 25 of the Indictment, Aiding and Abetting in the Preparation and Presentation of a False or Fraudulent Return.

_____Guilty_____ as to Count 26 of the Indictment, Aiding and Abetting in the Preparation and Presentation of a False or Fraudulent Return.

**Guilty** as to Count 27 of the Indictment, Aiding and Abetting in the Preparation and Presentation of a False or Fraudulent Return.

**Guilty** as to Count 28 of the Indictment, Aiding and Abetting in the Preparation and Presentation of a False or Fraudulent Return.

**Guilty** as to Count 29 of the Indictment, Aiding and Abetting in the Preparation and Presentation of a False or Fraudulent Return.

**Guilty** as to Count 30 of the Indictment, Aiding and Abetting in the Preparation and Presentation of a False or Fraudulent Return.

**Guilty** as to Count 31 of the Indictment, Aiding and Abetting in the Preparation and Presentation of a False or Fraudulent Return.

**Guilty** as to Count 32 of the Indictment, Aiding and Abetting in the Preparation and Presentation of a False or Fraudulent Return.

**Guilty** as to Count 33 of the Indictment, Aiding and Abetting in the Preparation and Presentation of a False or Fraudulent Return.

SIGNED May **24**, 2024.

TERRY R. MEANS
United States District Judge