```
             IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF TEXAS
                       FORT WORTH DIVISION

UNITED STATES OF AMERICA         §
                                 §
VS.                              §   CRIMINAL NO. 4:24-CR-001-Y
                                 §
JOHN ANTHONY CASTRO (1)          §
```

<u>ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION
OF TIME TO FILE SENTENCING MEMORANDUM AND MOTION FOR VARIANCE</u>

Before the Court is Defendant's Unopposed Motion for Extension of Time to File Sentencing Memorandum and Motion for Variance (doc. 60). After review, the Court grants the motion. Accordingly, paragraphs 11 through 13 of the most recent Order Setting Schedule for Sentencing are hereby AMENDED as follows:

11.  Each party may electronically file, and deliver a judge's copy to chambers, a sentencing memorandum **no later than September 5, 2024.**

12.  Any other item the parties wish the Court to consider in connection with sentencing, including character letters and victim statements, must be **delivered** to chambers **no later than September 5, 2024.**[1]  All characters letters and victim statements written in **a foreign language** must be translated into English prior to submission to the Court.  No such letters or statements will be considered by the Court if not provided to the opposing party at least seven days prior to the sentencing hearing.

13.  Any motion for a sentence above or below the advisory guideline range set out in the presentence report must be electronically filed with the clerk of Court and a copy of the motion must be delivered to chambers **no later than September 5, 2024.**[2]  Such a

---

[1] Character letters and victim statements are **not** to be filed (manually or electronically) with the clerk of Court.

[2] Any party moving for a sentence above or below the advisory guideline range must set out in detail the facts that support such motion.  The party must also clearly indicate whether the party is seeking an upward or downward departure under Chapters Four or Five of the United States Sentencing Guidelines or is seeking a sentence outside the guidelines regime under 18 U.S.C. § 3553(a), or both.  If the party is seeking a sentence under

motion and any response thereto may be filed under seal without being accompanied by a motion to seal so long as the motion (or the response thereto) contains in its title the notation, "UNDER SEAL PURSUANT TO SCHEDULING ORDER DATED _____."[3]

SIGNED August 28, 2024.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

---

subsection (a) of § 3553, the party must identify the paragraphs and subparagraphs of subsection (a) that the facts implicate in support of a sentence above or below the advisory guideline range and demonstrate in detail how they do so.

[3]Motions for a sentence above or below the advisory guideline range filed under seal may be filed electronically under LCrR 55.3.