IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. 4:24-CR-001-Y |
| | § | |
| JOHN ANTHONY CASTRO (1) | § | |

<u>ORDER RESCHEDULING TIME OF HEARING</u>

The sentencing hearing in the above-styled and -numbered cause is rescheduled to 2:00 p.m. instead of 10:00 a.m., on September 24, 2024.

SIGNED September 17, 2023.

*Terry R. Means*
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE