IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| VS. | § CRIMINAL NO. 4:24-CR-001-Y |
| | § |
| JOHN ANTHONY CASTRO (1) | § |

## ORDER RESCHEDULING HEARING

The sentencing hearing in the above-styled and -numbered cause is rescheduled to October 29, 2024, at 2:00 p.m.

SIGNED September 24, 2024.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE