UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION



| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. 4:24-CR-001-Y |
| | § | |
| JOHN ANTHONY CASTRO (1) | § | |

### ORDER SETTING CONDITIONS OF SUPERVISED RELEASE

The defendant, while on supervised release, shall comply with the standard conditions recommended by the U. S. Sentencing Commission at §5D1.3(c) of the U. S. Sentencing Commission Guidelines Manual and shall:

not commit another federal, state, or local crime;

not possess illegal controlled substances;

not possess a firearm, destructive device, or other dangerous weapon;

cooperate in the collection of DNA as directed by the probation officer, as authorized by the Justice for All Act of 2004;

report in person to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Federal Bureau of Prisons;

refrain from any unlawful use of a controlled substance. The defendant must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the Court;

not be employed by, affiliated with, own or control, or otherwise participate, directly or indirectly, in the business of preparing tax returns without the probation officer's approval;

refrain from incurring new credit charges or opening additional lines of credit without approval of the probation officer unless the probation officer makes a determination that the defendant is in compliance with the payment schedule;

provide to the probation officer complete access to all business and personal financial information; and

pay any remaining balance of restitution in the amount of $277,243, as set out in the Judgment.

### DEFENDANT'S ACKNOWLEDGMENT OF RECEIPT

I acknowledge receipt of and I have retained a copy of this order setting my conditions of supervised release. I understand them and I waive the reading of them in open court. I agree to be bound by them and subject to revocation for violation of any of them.

_____
JOHN ANTHONY CASTRO (1), Defendant

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

Signed October 29, 2024.