```
          IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF TEXAS
                   FORT WORTH DIVISION
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | ACTION NO. 4:24-CR-001-Y |
| | § | |
| JOHN ANTHONY CASTRO (1) | § | |

## ORDER DENYING MOTION FOR NEW TRIAL

Pending before the Court is Defendant's Motion for New Trial (doc. 84).  After review of the motion, the government's response, the attachments thereto, and the applicable law, the Court concludes that the motion should be, and it is hereby, DENIED, for the reasons urged in the government's response.

SIGNED December 19, 2024.

*Terry R. Means*
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

ORDER DENYING MOTION FOR NEW TRIAL - Page Solo
TRM/chr