IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | ACTION NO. 4:24-CR-001-Y |
| § | |
| JOHN ANTHONY CASTRO (1) § | |

<u>ORDER DENYING MOTION TO MODIFY SENTENCING</u>

Pending before the Court is Defendant's Motion to Modify Sentencing (doc. 82). After review of the motion, the government's response, the record in this case, and the applicable law, the Court concludes that the motion should be, and it is hereby, DENIED.

For the reasons urged by the government, the Court concludes that Federal Rule of Criminal Procedure 35(a) does not countenance the modifications Castro seeks. And even if it did, the Court concludes, for reasons already stated at sentencing and those urged by the government, that the requested modifications should be denied.

SIGNED December 23, 2024.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE