```
          IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF TEXAS
                    FORT WORTH DIVISION
```

UNITED STATES OF AMERICA       §
                               §
VS.                            §    ACTION NO. 4:24-CR-001-Y
                               §
JOHN ANTHONY CASTRO (1)        §

## ORDER RULING ON CERTAIN PENDING MOTIONS

Pending before the Court is the Motion for Production of Final PSR (doc. 141), which was filed by Defendant, who is now proceeding herein pro se. The government filed a response to the motion indicating that it had discussed the issue with Defendant's prior counsel, who informed the government that he had provided Defendant with a copy of his PSR. As a result, this motion appears to be, and is hereby DENIED as, MOOT. If he has not done so, Defendant should obtain a copy of his presentence report from his former counsel.

Also pending before the Court is Defendant's Motion to Compel Production of Hearing Transcript Software Data and Recordings (doc. 147). Defendant requests that any audio or video recordings of the trial be produced so he can compare them to the transcript to ensure factual accuracy. Quite frankly, the Court is uncertain whether any such data exists. In any event, as noted by the government in its response, Defendant cites no authority supporting his request. And the Court discerns no basis for assuming the transcript, which the court reporter has not yet finalized, will in any way deviate from what the reporter heard and transcribed at

trial.  Consequently, this motion is DENIED.

Defendant has also filed a Motion for Reconsideration of Order Denying Motion for New Trial (doc. 149).  In the motion, Defendant request reconsideration based on his reply brief.  Inasmuch as that reply brief was stricken by the Court's January 13, 2025 order (doc. 155), the motion for reconsideration is DENIED.

Defendant has also filed a Motion for Compliance with Federal Rule of Criminal Procedure 32(i)(3)(C) (doc. 150).  After review of the government's response to the motion, the PSR, and the record in this case, the Court concludes that the motion should be, and it is hereby, DENIED, for the reasons urged in the government's response.

Also pending before the Court is Defendant's Motion for Stay Pending Appeal (doc. 151).  In the motion, Defendant requests that his sentence be stayed pending his appeal.  After review of the motion, the government's response, and the applicable law, the Court concludes that this motion should be, and it is hereby, DENIED, for the reasons urged by the government.

SIGNED February 14, 2025.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE