```
            IN THE UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF TEXAS
                      FORT WORTH DIVISION
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | ACTION NO. 4:24-CR-001-Y |
| | § | |
| JOHN ANTHONY CASTRO (1) | § | |

### ORDER DENYING AS PREMATURE MOTIONS REGARDING RECORD
### (With Special Instructions to the Clerk of the Court)

Pending before the Court is Defendant's Motion for Production of Transcript of Evidentiary Record (doc. 166) and his Motion for Stay of Forwarding of Transcript to Appeals Court Pending Resolution of Objections (doc. 167). After review of the motions, the government's responses, and the applicable law, the Court concludes that the motions should be, and they are hereby, DENIED as premature.

The transcript of the trial and sentencing proceedings are currently being prepared by the court reporter. The deadline for filing these transcripts has been extended to May 12, 2025, in an order filed by the court of appeals on March 4 (doc. 189). Thus, Defendant has not yet reviewed the transcripts of these proceedings and therefore is only speculating that corrections or modifications will be necessary. Furthermore, Federal Rule of Appellate Procedure 10(e) already provides a mechanism for resolving any such problems. The Court is not inclined to order a "stay of forwarding the transcript" until such time as the parties have an opportunity to actually review the transcript and determine whether corrections or modifications are necessary. Any corrections to the evidentiary record the parties believe necessary may also be taken up at that

time.

Defendant attributes a nefarious intent to the court's reporter with absolutely no factual basis, stating, without any explanation, that he "has strong reasonable grounds to believe there will be intentional falsifications and alterations to the trial transcript." (Def.'s Mot. for Stay (doc. 167) 1.). Defendant's accusations are wholly unsupported and unfounded. The Court's reporter has performed yeoman's work for this Court for approximately two decades. The Court is weary of Defendant's unfounded accusations in this regard and his multiple motions attributing errors to a transcript that has yet to be filed.

As a result, absent good cause, the Court will entertain no further motions from Defendant regarding the transcript or evidentiary record of the proceedings before this Court until **after** the Court's reporter files the transcript with the Court and the parties have an opportunity to review same. Until that time, the clerk of the Court is DIRECTED to unfile any such motions without further order from the Court.

SIGNED March 6, 2025.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE