```
          IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF TEXAS
                    FORT WORTH DIVISION
```

UNITED STATES OF AMERICA         §
                                 §
VS.                              §    ACTION NO. 4:24-CR-001-Y
                                 §
JOHN ANTHONY CASTRO (1)          §

### ORDER DENYING MOTION FOR STAY OF RESTITUTION COLLECTION

Pending before the Court is Defendant's Motion for Stay of Restitution Order (doc. 175). After review of the motion, the government's response, and the applicable law, the Court concludes that the motion should be, and it is hereby, DENIED, as Defendant has failed to demonstrate that the Court has jurisdiction to order a stay of his restitution or that the Court's requirement that he begin paying restitution immediately is improper. *See* 18 U.S.C. § 3663A(c)(1)(B) (requiring mandatory restitution for convictions where "an identifiable victim . . . has suffered a . . . pecuniary loss"). To the extent Defendant objects to the Bureau of Prisons' requirement that he commence payments under its Inmate Financial Responsibility Program ("IFRP"), he must assert that claim via a petition under 28 U.S.C. § 2241 after exhausting administrative remedies. *See United States v. Diggs*, 578 F.3d 318, 319 (5th Cir. 2009) (concluding that court lacked jurisdiction over complaint regarding IFRP's payment schedule).

SIGNED March 7, 2025.

*[signature: Terry R. Means]*
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE