IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | ACTION NO. 4:24-CR-001-Y |
| | § | |
| JOHN ANTHONY CASTRO (1) | § | |

## ORDER DENYING MOTION TO STRIKE STIPULATIONS

Pending before the Court is Defendant's Motion to Strike Stipulations from the Evidentiary Record (doc. 186). After review of the motion, the Court concludes that it should be, and it is hereby, DENIED. Defendant has failed to specifically identify the alleged stipulations about which he complains. And as noted in the government's response to Defendant's Second Motion for New Trial, the stipulations "were discussed during the trial[, and] Defendant never claimed during trial that he had not agreed to these stipulations." (Govt.'s Resp. (doc. 184) 9.) Furthermore, Defendant's motion indicates that it includes an "Exhibit A," which is purportedly "a memory drive that contains all of the stipulated electronic evidence that the Court purged." No such exhibit A is, however, included with Defendant's motion, and the Court has absolutely no idea to what alleged "purging" Defendant is referring. Furthermore, as previously indicated in the Court's March 6 order (doc. 195), it is impossible for the Court to verify whether an evidentiary exhibit or stipulation has been wrongly entered into the record until the transcript of these proceedings has been prepared, finalized, and docketed. For all of these reasons, Defendant's motion is DENIED.

SIGNED March **28**, 2025.

_____
Terry R. Means
United States District Judge