IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | ACTION NO. 4:24-CR-001-Y |
| | § | |
| JOHN ANTHONY CASTRO (1) | § | |

### ORDER DENYING MOTION TO DISSOLVE LIEN AND STAY COLLECTION

Pending before the Court is Defendant's Motion to Dissolve Lien and Stay Collection of Restitution Via Lien (doc. 205). After review of the motion and the government's response, the Court concludes that the motion should be, and it is hereby, DENIED as moot. The government's response indicates that it has provided a release of the lien at issue to the title company handling the sale of Defendant's property.

SIGNED April 9, 2025.

_____
TERRY R. MEANS
UNITED STATES DISTRICT COURT