IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | ACTION NO. 4:24-CR-001-Y |
| | § | |
| JOHN ANTHONY CASTRO (1) | § | |

## ORDER DENYING MOTION TO STRIKE

Pending before the Court is Defendant's Motion to Strike from the Evidentiary Record Alleged Stipulated Testimony of Non-Testifying Witnesses (doc. 193). In the motion, Defendant repeatedly objects to "the inclusion of alleged testimonial stipulations in the record and moves for their removal." But Defendant fails to identify, either by exhibit number, file date, or witness name, the alleged stipulations about which he refers. And at this juncture of these proceedings, the Court has no idea to what Defendant is referring. As a result, the motion is DENIED, at this time, without prejudice to Defendant filing a similar motion specifically identifying by exhibit number or witness name to what or whom he refers.

SIGNED April 25, 2025.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE