IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | ACTION NO. 4:24-CR-001-Y |
| § | |
| JOHN ANTHONY CASTRO (1) § | |

## ORDER DENYING MOTION FOR RECONSIDERATION

Pending before the Court is Defendant's Objection and Motion for Reconsideration of March 6 Order (doc. 199). After review of the motion, the Court concludes that it should be, and it is hereby, DENIED. The Court is not inclined to entertain any motions regarding the trial or evidentiary record until the transcript of the trial is completed, given that the Court and the parties will be required to refer to that transcript to resolve any disputes about what documents were or were not admitted as exhibits at the trial. Once the transcript is filed, Defendant may then file any such motions with the clerk of the Court. And of course, in the interim, he may work with the government's counsel to resolve any discrepancies about those exhibits.

SIGNED April 25, 2025.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE