```
          IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF TEXAS
                   FORT WORTH DIVISION
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | ACTION NO. 4:24-CR-001-Y |
| | § | |
| JOHN ANTHONY CASTRO (1) | § | |

### ORDER DENYING MOTION TO MODIFY

Pending before the Court is Defendant's pro-se document entitled "Writ of Error Coram Nobis and Motion to Modify the Conditions of Supervised Release" (docs. 197 and 198). In the document, Defendant again protests this Court's judgment ordering restitution. After review of the motion, and for the reasons previously mentioned in the Court's order denying Defendant's first such motion (doc. 138), the Court concludes that the motion should be, and it is hereby, DENIED.

SIGNED April 25, 2025.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE