IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | ACTION NO. 4:24-CR-001-Y |
| | § | |
| JOHN ANTHONY CASTRO | § | |

## ORDER DENYING MOTION FOR NOTICE OF RIGHT TO APPEAL

Pending before the Court is Defendant's pro-se Motion for Notice of Right to Appeal (doc. 200). In the motion, Defendant asks that the Court "provide him notice of the right to appeal any final or collateral orders." Defendant professes in his motion that he "is not requesting legal advice." But it appears to the Court that legal advice is exactly what he is seeking. Defendant has cited no authorities in support of his motion[1] demonstrating that the Court is required or should provide him with separate notices of his right to appeal each order the Court issues. Consequently, the motion is DENIED.

SIGNED May 1, 2025.

Terry R. Means
United States District Judge

---

[1] To that extent Defendant's motion fails to comply with Local Criminal Rule 47.1(d).