```
            IN THE UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF TEXAS
                    FORT WORTH DIVISION
```

UNITED STATES OF AMERICA § 
§
VS. § ACTION NO. 4:24-CR-001-Y
§
JOHN ANTHONY CASTRO (1) §

<u>ORDER DENYING FIRST MOTION TO CORRECT THE TRIAL TRANSCRIPT</u>

Pending before the Court is what Defendant has entitled "First Motion to Correct the Trial Transcript and Request for Evidentiary Hearing" (doc. 230). Defendant designates the motion as his "first set of objections" and indicates that he "anticipates at least one more set of objections but chose to file this as soon as possible to start the process of resolving transcript corrections." (Def.'s Mot. (doc. 230) 1.) The Court, however, is not inclined to review transcript objections seriatim. Rather, the Court will address any such objections one time, and one time only.

Thus, Defendant's motion is DENIED at this time. Rather, Defendant may file **ONE** amended motion to correct that addresses **all** objections he may have to the transcripts of his pretrial, trial, and posttrial proceedings. Any such motion shall be filed, with any supporting documentation attached as exhibits thereto (for example, Defendant's motion refers to "[m]ultiple witnesses who will be providing affidavits," *id.* at 2)), no later than **June 20, 2025.** Any objections not contained in Defendant's amended motion will be deemed forever waived.

SIGNED May 14, 2025.

TERRY R. MEANS
UNITED STATES DISTRICT JUDGE