IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | ACTION NO. 4:24-CR-001-Y |
| | § | |
| JOHN ANTHONY CASTRO (1) | § | |

<u>ORDER DENYING MOTION TO MODIFY RECORD ON APPEAL</u>

Pending before the Court is Defendant's Motion to Modify Record on Appeal (doc. 244). After review of the motion, the government's response, and the record in this case, the Court concludes that it should be, and it is hereby, DENIED, for the reasons urged by the government.

SIGNED July 24, 2025.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE