IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | ACTION NO. 4:24-CR-001-Y |
| | § | |
| JOHN ANTHONY CASTRO (1) | § | |

<u>ORDER PARTIALLY GRANTING MOTION TO UNSEAL CERTAIN DOCUMENTS</u>

Pending before the Court is Defendant's Motion to Unseal the Trial Transcripts and Docket Number 240 (doc. 269). As of the date of this order, there has been no response in opposition to the motion. As a result, and after review of the motion and the documents at issue, the Court concludes that the motion should be, and it is hereby, PARTIALLY GRANTED.

The motion is GRANTED as to Docket Number 240 (Defendant's Amended Motion to Correct the Trial Transcript and Request for Evidentiary Hearing), the entirety of which is hereby UNSEALED. The trial transcripts (doc. 221 through 227), however, are not currently sealed, so the motion is DENIED as MOOT to that extent.

SIGNED October 23, 2025.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE