IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA      §
     §
VS.      §      ACTION NO. 4:24-CR-001-Y
     §
JOHN ANTHONY CASTRO (1)      §

ORDER DISMISSING MOTIONS REGARDING RELEASE PENDING APPEAL

Pending before the Court are the following motions, all of which relate to the Court's January 22, 2026 Order Denying Application for Release Pending Appeal (doc. 279):

(1) Defendant's Motion for Statement of Reasons with Basis in the Record (doc. 285);

(2) Defendant's Motion to Correct Filing Dates of ECF 285/286 (doc. 288);

(3) Defendant's Motion for Leave to File a Reply in Support of Motion for Statement of Reasons to Complete the Record (doc. 296); and

(4) Defendant's Motion for Leave to Supplement His Leave to Reply in Support of Motion for Statement of Reasons to Complete the Record (doc. 301).

The government has filed responses to the first three motions, which the Court appreciates. The deadline for the government's response to the fourth motion has not yet passed.

Nevertheless, in reviewing the record, the Court learned that Defendant has already filed a notice of appeal (doc. 281) regarding the Court's January 22 order. Consequently, as previously mentioned in the Court's May 23, 2025, Order Dismissing or, Alternatively, Denying Pending Motions (doc. 238), this district court has lost jurisdiction over the matter of Defendant's potential release pending appeal. All of the above-listed motions concern that issue. Consequently, they are hereby DISMISSED for lack of jurisdiction.

SIGNED April 21, 2026.

TERRY R. MEANS
UNITED STATES DISTRICT JUDGE