IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | ACTION NO. 4:24-CR-001-Y |
| | § | |
| JOHN ANTHONY CASTRO (1) | § | |

<u>ORDER DENYING MOTION TO CORRECT AS MOOT</u>

Pending before the Court is Defendant's Motion to Correct Clerical Error in the Record Regarding Lead Counsel Designation (doc. 299). In the motion, Defendant contends that the wrong former attorney was designated on the docket as his lead counsel. After review, the Court concludes that the motion should be, and it is hereby, DENIED as moot. Defendant is now proceeding pro se, and the record correctly reflects that. The issue of which of Defendant's **former** attorneys was designated by the clerk as his lead attorney (a designation that is solely for internal purposes of the clerk) is wholly irrelevant at this point of these proceedings.

SIGNED June 9, 2026.

_Terry R. Means_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE